

RECEIVED

FEB 0 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Verne Rupright
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215 Phone
(907 373-3217

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Krystal Wallis                    )
                                  )
        Plaintiff,                )
                                  )
        vs.                       )
                                  )
Josef F. Boehm, Bambi Tyree,      )    **DEMAND FOR JURY TRIAL**
Leslie J. Williams, Jr., and      )
Allen K. Bolling,                 )
                                  )        3:06-CV-00031 TMB
        Defendants.               )
                                  )    **Case No. A06-      CV( )**
_____ )

        Plantiff, by and through undersigned counsel, gives notice

that she is exercising her right to demand a trial by jury in the

above captioned matter.



        **DATED** this 4th day of February, 2006.

                                Verne E. Rupright
                                Ak. Bar No. 9306013
                                Attorney for Plaintiff