UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KRYSTAL WALLIS  v.  JOSEF F. BOEHM, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                           CASE NO.  3:06-cv-00031  TMB

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 6, 2006

    Judge Burgess hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge Ralph R. Beistline for all further proceedings.  Please use the following case number on all future filings: 3:06-cv-00031-RRB.

[306CV031 TMB RECUSAL.wpd]{IQ2.WPD*Rev.12/96}