**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KRYSTAL WALLIS | A06-31 CV RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOSEF BOEHM, BAMBI TYREE, LESLIE J. Williams, JR., Allen K. Boiling | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

BAMBI TYREE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FEDERAL BUREAU OF PRISONS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LAW OFFICE OF VERNE RUPRIGHT + ASSOC
322 MAIN ST.
WASILLA, ALASKA 99654

Number of process to be served with this Form - 285: 
Number of parties to be served in this case: 4
Check for service on U.S.A.:

**RECEIVED MAR 29 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Verne E. Rupright
TELEPHONE NUMBER: (907) 373-3215
DATE: 2/17/2006

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 2
District to Serve: No. 2
Signature of Authorized USMS Deputy or Clerk
Date: 3/10-06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/15/06
Time: 3:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | $45 | | | |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of _____

**ORIGINAL**

KRYSTAL WALLIS

V.

JOSEF F. BOEHM, BAMBI TYREE,
LESLIE J. WILLIAMS, JR., and
ALLEN K. BOLLING

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: A06-031 cv (TMB) RRB

TO: (Name and address of Defendant)

BAMBI TYREEE WHOSE ADDRESSS IS

known as

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name ar

Verne Rupright 322 Main Street Wasilla, Alaska 99654

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ida Romack

CLERK

(By) DEPUTY CLERK

DATE February 24, 2006

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE 3/15/06 |
| NAME OF SERVER (PRINT) JAMES CAUDILL || TITLE DUSM |
| *Check one box below to indicate appropriate method of service* |||

☑ Served personally upon the defendant. Place where served:
SERVED BY CASE MANAGER MS. KORTH AT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/06       *[signature]* Jam Caudill
                Date              Signature of Server

             USMS, D/AK  ANCHORAGE, AK
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.