U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KRYSTAL WALLIS | A06-31 CV |
| DEFENDANT | TYPE OF PROCESS |
| JOSEF BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., Alan K. Bolling | |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BAMBI TYREE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LAW OFFICE OF VERNE RUPRIGHT + ASSOC.
322 MAIN ST.
WASILLA, ALASKA 99654

Number of process to be served with this Form - 285

Number of parties to be served in this case: 4

Check for service on U.S.A.

RECEIVED MAR 31 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Verne E. Rupright
TELEPHONE NUMBER: (907) 373-3215
DATE: 2/17/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | [signature] | 3-10-06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/15/06   Time: 2:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | | | $45 | | |

REMARKS:

SCANNED NOTE

PRIOR EDITIONS MAY BE USED — 3. NOTICE OF SERVICE — FORM USM-285 (Rev. 12/15/80)

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

**ORIGINAL**

KRYSTAL WALLIS

V.

JOSEF F. BOEHM, BAMBI TYREE,
LESLIE J. WILLIAMS, JR., and
ALLEN K. BOLLING

SUMMONS IN A CIVIL ACTION

CASE NUMBER: A06-031 cv AWOMB

RECEIVED
MAR 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

TO: (Name and address of Defendant)

BAMBI TYREEE WHOSE ADDRESSS IS A FEDERAL CORRECTIONAL CENTER
known as FCI I

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Verne Rupright 322 Main Street Wasilla, Alaska 99654

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ida Romack

CLERK

_____
(By) DEPUTY CLERK

DATE  February 24, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/15/06 |
| NAME OF SERVER (PRINT) JAMES CAUDILL | TITLE DUSM |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
SERVED BY CASE MANAGER MS. KORTH AT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/06
             Date                    Signature of Server

USMS, D/AK  ANCHORAGE, AK
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.