RECEIVED
APR 1 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

TO WHOM IT MAY CONCERN:

MY NAME IS BAMBI L. TYREE I AM INCARCERATED IN A FEDERAL CORRECTIONAL INSTITUTION IN DUBLIN CALIFORNIA. I WOULD LIKE TO DENY ALL ALLEGATIONS AGAINST ME IN THE COMPLAINT + REQUEST A JURY TRIAL. I AM RESPONDING THE SAME DAY I RECIEVED THE FAX MARCH 15 2006. IT SHOULD MAKE IT W/IN 20 DAYS.

Bambi L. Tyree



RECEIVED
MAR 2 0 2006