AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ ANCHORAGE, ALASKA

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Krystal Wallis

V.

JOSEF F. BOEHM, BAMBI TYREE,
LESLIE J. WILLIAMS, JR., AND
ALLEN K. BOLLING,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: A06-031 cv (TMB) RRB

TO: (Name and address of Defendant)

Josef F. Boehm , whose address is a federal correctional center

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Verne Rupright 322 MAin Street Wasilla, Alaska 99654

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ida Romack
CLERK

DATE February 24, 2006

(By) DEPUTY CLERK

Recieved
APR 14 2006

Josef F. Boehm

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) G. MCKENZIE | TITLE SHERIFF'S CIVIL TECHNICIAN |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: FCT 7

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $30.00 | $0.00   $30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/10/06
              Date

Signature of Server

Address of Server

SHERIFF
COURT SERVICES BUREAU
VICTORVILLE DIVISION
14455 Civic Drive
Victorville, CA 92392
(760) 243-8756

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | Telephone | FOR COURT USE ONLY |
|---|---|---|
| **Rupright & Foster, LLC**<br>**322 Main St**<br>**Wasilla, AK 99654**<br>E-MAIL | **(907) 373-3215**<br>FAX<br>**(907) 373-3217** | |
| ATTORNEY FOR *(Name):*  **Krystal Wallis** | | |

| **United States District Court - Alaska** |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: |
| BRANCH NAME:  **Alaska** |

| PLAINTIFF: | **Krystal Wallis** | | |
|---|---|---|---|
| DEFENDANT: | **Josef F Boehm, Leslie J Williams, Jr** | | |
| **PROOF OF SERVICE** | | FILE NUMBER<br>**2006006824** | COURT CASE NUMBER<br>**A06-031 CV (TMB)** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

    f. other (specify documents):   **Summons, Complaint, Demand for Jury Trial**

3. a. Party served:           **Josef F Boehm, #1**

4. Address where party was served:

5. I served the party

    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 4/10/2006 (2)at: 10:05 AM.

6. The "Notice to the Person Served" was completed as follows:

7. Person who served papers:

    a. Name: **G. McKenzie**

    b. Address: **Sheriff's Court Services Sheriffs Court Svcs - Desert 14455 Civic Drive Victorville, CA 92392**

    c. Telephone number: **(760) 243-8756**

    d. The fee for service was: **$30.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: April 10, 2006

Sheriff's Authorized Agent
Gary Penrod, Sheriff

Hearing:  **<No Information>**

Judicial Council form POS-010        Original       Received APR 1 4 2006        167904