LESLIE WILLIAMS
REG # 14903-006
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5300
ADELANTO, CA 92301

DEFEDANT

RECEIVED
MAY 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| KRYSTAL WALLIS | CASE NO. A06-31 CV (TMB) |
| PLAINTIFF, | |
| VS. | [RE: COMPLAINT] |
| JOSEF BOEHM, ALLEN BOlling, LESlie WILLIAMS, BAMBI TYREE, | |
| DEFENDANTS. | |

FIRST CAUSE OF ACTION

I DENIE THE ALLEGATIONS.

SECOND CAUSE OF ACTION

I DENIE THE ALLEGATIONS.

THIRD CAUSE OF ACTION

I DENIE THE ALLEGATIONS.

FOURTH CAUSE OF ACTION

I DENIE THE ALLEGATIONS.

FIFTH CAUSE OF ACTION

I DENIE THE ALLEGATIONS.

WHEREFORE, HAVING ANSWERED PLAINTIFF'S COMPLAINT, DEFENDANT PRAYS FOR RELIEF AS FOLLOWS:

1) THAT THE COPLAINT BE DISMISSED WITH PREJUDICE.

DATED AT ADELANTO, CA APRIL 24, 2006.

BY: _____
LESIIE WILLIAMS
REG # 14903-006
FCI VICTORVILLE MEDIUM II
P.O. BOX 5700
ADELANTO, CA 92301

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT ON
THE 24 DAY OF APRIL
2006 THREE COPYS OF THE FOREGOING WAS SENT TO:


CLERK OF THE COURT
U.S. DISTRICT COURT
DISTRICT OF ALASK
U.S. COURT HOUSE
222 WEST 7TH AVE
ANCHORAGE, ALASKA 99513


LESLIE WILLIAMS
REG # 14903-006
FCI II VICTORVILLE
P.O. BOX 5700
ADELANTO, CA. 92301