Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | No. 3:06-cv-00031-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | **ENTRY OF APPEARANCE** |
| ) | |
| JOSEF F. BOEHM, BAMBI TYREE, ) | |
| LESLIE J. WILLIAMS, JR., and ) | |
| ALLEN K. BOLLING, ) | |
| ) | |
| Defendants. ) | |

    COMES NOW Kevin T. Fitzgerald, and enters his appearance of record on behalf of defendant Josef F. Boehm in the above-captioned matter, and requests that future copies of all correspondence and pleadings be served upon him at Ingaldson, Maassen & Fitzgerald, P.C., 813 West Third Avenue, Anchorage, Alaska 99501.

    Dated at Anchorage, Alaska May 9, 2006.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Entry

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant Boehm


s/ Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/9/06, a copy of the foregoing Entry was served electronically on:

Verne E. Rupright, Esquire

and by regular U.S. Mail on:

Bambi Tyree
Registration #13016-006
FCI Dublin
Federal Correctional Institution
5701 Eighth Street – Camp Parks
Dublin, CA  94568

Leslie J. Williams
Registration #14903-006
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA  92301


 s/ Kevin T. Fitzgerald
F:\W\3063-6\Pleading\Entry.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Entry