Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | No. 3:06-cv-00031-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | **ANSWER OF DEFENDANT BOEHM** |
| ) | |
| JOSEF F. BOEHM, BAMBI TYREE, ) | |
| LESLIE J. WILLIAMS, JR., and ) | |
| ALLEN K. BOLLING, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

COMES NOW defendant, Josef F. Boehm, by and through undersigned counsel, and hereby answers plaintiff's complaint as follows.

1.  Paragraph 1 of the complaint calls for a legal conclusion, for which no response is necessary.

2.  Paragraph 2 of the complaint calls for a legal conclusion, for which no response is necessary.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Answer

3. Paragraph 3 of the complaint calls for a legal conclusion, for which no response is necessary.

4. Paragraph 4 of the complaint calls for a legal conclusion, for which no response is necessary.

5. Paragraph 5 of the complaint calls for a legal conclusion, for which no response is necessary.

6. Defendant Boehm lacks sufficient information and/or belief regarding whether Krystal Wallis is a resident of the State of Alaska, Third Judicial District.

7. Admit.

8. Based upon information and/or belief, defendant Boehm admits paragraph 8 of the complaint.

9. Based upon information and/or belief, defendant Boehm admits paragraph 9 of the complaint.

10. Based upon information and/or belief, defendant Boehm admits paragraph 10 of the complaint.

11. Denied.

12. Denied. Further, paragraph 12 of the complaint calls for a legal conclusion, for which no response is necessary.

13. Denied. Further, paragraph 13 of the complaint calls for a legal conclusion, for which no response is necessary.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Answer

14. Denied. Further, defendant Boehm lacks sufficient information and/or belief regarding other defendants' states of mind, and therefore denies the same.

15. Denied. Further, defendant Boehm lacks sufficient information and/or belief regarding other defendants' states of mind, and therefore denies the same.

16. Denied. Further, defendant Boehm lacks sufficient information and/or belief regarding other defendants' states of mind, and therefore denies the same.

17. Denied. Further, paragraph 17 of the complaint calls for a legal conclusion, for which no response is necessary.

### FIRST CAUSE OF ACTION

(Violation of Civil Rights)

18. Defendant Boehm incorporates his answers to paragraphs 1 through 17 above, as though set forth fully herein.

19. Denied.

20. Denied.

21. Denied. Further, defendant Boehm lacks sufficient information and/or belief regarding other defendants' actions or states of mind, and therefore denies the same.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Answer

22. Denied.

23. Paragraph 23 of the complaint calls for a legal conclusion, for which no response is necessary.

24. Denied.

### SECOND CAUSE OF ACTION

(Sexual Trafficking of a Minor)

25. Defendant Boehm incorporates his answers to paragraphs 1 through 24 above, as though set forth fully herein.

26. Denied. Further, paragraph 26 of the complaint calls for a legal conclusion, for which no response is necessary. Finally, Mr. Boehm's convictions speak for themselves.

27. Paragraph 27 of the complaint calls for a legal conclusion, for which no response is necessary.

28. Denied.

### THIRD CAUSE OF ACTION

(Distribution of a Controlled Substance to a Minor)

29. Defendant Boehm incorporates his answers to paragraphs 1 through 28 above, as though set forth fully herein.

30. Denied.

31. Denied.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Answer

32. Denied.

### FOURTH CAUSE OF ACTION

(Intentional Infliction of Emotional Distress)

33. Defendant Boehm incorporates his answers to paragraphs 1 through 32 above, as though set forth fully herein.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied. Further, paragraph 38 of the complaint calls for legal conclusions, for which no response is necessary.

39. Denied.

40. Denied.

41. Denied.

### FIFTH CAUSE OF ACTION

(Punitive Damages)

42. Defendant Boehm incorporates his answers to paragraphs 1 through 41 above, as though set forth fully herein.

43. Denied.

44. Denied.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Answer

Page 5 of 8

45. Denied.

## AFFIRMATIVE DEFENSES

I.

This court lacks jurisdiction.

II.

These claims are barred by the statute of limitations.

III.

Plaintiff has failed to state claims on which relief can be granted.

IV.

Plaintiff's injuries, if any, were caused in whole or in part by plaintiff's own negligence.

V.

Plaintiff has failed to make a *prima facie* showing of the elements of her tort claims.

VI.

Consent.

VII.

Plaintiff has failed to mitigate her damages.

VIII.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Answer

Plaintiff has waived her ability to pursue this action. Plaintiff's injuries have already been the subject of accord and satisfaction.

IX.

As an uncharged co-conspirator, plaintiff is barred from recovering on some of her claims.

X.

Plaintiff's injuries, if any, were proximately caused by the conduct of third parties not under defendant's control.

XI.

Plaintiff has engaged in unclean hands/illegal conduct, which serves to bar her claims.

WHEREFORE, having answered plaintiff's complaint, and having set forth affirmative defenses, defendant Boehm prays for relief as follows:

1) that the complaint be dismissed with prejudice;

2) that defendant Boehm be awarded his costs, including reasonable attorney fees, incurred in the defense of this action; and

3) other relief as the court deems just and equitable.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Answer

Dated at Anchorage, Alaska May 9, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant Boehm

s/ Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/9/06,
a copy of the foregoing Answer
was served electronically on:

Verne E. Rupright, Esquire

and by regular U.S. Mail on:

Bambi Tyree
Registration #13016-006
FCI Dublin
Federal Correctional Institution
5701 Eighth Street - Camp Parks
Dublin, CA  94568

Leslie J. Williams
Registration #14903-006
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA  92301

 s/ Kevin T. Fitzgerald
F:\W\3063-6\Pleading\Answer.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Answer