Kevin T. Fitzgerald, Esquire
ABA No. 87811085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
| | ) Case No. 3:05-cv-00085 JKS |
| Plaintiff, | ) |
| | ) **DEFENDANT BOEHM'S** |
| v. | ) **UNOPPOSED MOTION FOR** |
| | ) **SUBSTITUTION OF COUNSEL** |
| JOSEF F. BOEHM, ALLEN K. | ) |
| BOLLING, LESLIE WILLIAMS, | ) |
| JR., and BAMBI TYREE, | ) |
| | ) |
| Defendants. | ) |

Comes now Joseph Boehm by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and hereby moves for substitution of counsel.

Substitute Counsel shall be:

David Kenner
Kenner Law Firm
16000 Ventura Blvd., Suite 1208
Encino, CA 91436
Telephone: (818) 995-1195
Fax: (818) 475-5369

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Purser v. Boehm
Case 3:05-00085-JKS
Unopposed Motion

Opposing counsel, Darryl Jones, has been notified of this request and does not oppose it.

Signing of the motion shall act as consent to the motion by Ingaldson, Maassen & Fitzgerald, P.C.

Dated at Anchorage, Alaska May 19, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant Boehm


/s/ Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK 99501
Telephone: (907) 258-8750
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/19/06,
a copy of the foregoing Unopposed Motion
was served electronically on:

Darryl L. Jones, Esquire

and by regular U.S. Mail on:

Allen K. Bolling
#14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN  47801


/s/  Kevin T. Fitzgerald
F:\W\3063-4\Pleading\Caption Federal.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Purser v. Boehm
Case 3:05-00085-JKS
Unopposed Motion