Kevin T. Fitzgerald, Esquire
ABA No. 87811085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SALLY C. PURSER, | ) | Case No. 3:05-cv-00085 JKS |
| | ) | |
| Plaintiff, | ) | [proposed] **ORDER ON** |
| | ) | **DEFENDANT BOEHM'S** |
| v. | ) | **UNOPPOSED MOTION FOR** |
| | ) | **SUBSTITUTION OF COUNSEL** |
| JOSEF F. BOEHM, ALLEN K. | ) | |
| BOLLING, LESLIE WILLIAMS, | ) | |
| JR., and BAMBI TYREE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter, having come before the court upon defendant Boehm's Unopposed Motion for Substitution of Counsel, and the court being fully advised,

IT IS ORDERED that Mr. Boehm's proposed substitute counsel David Kenner shall file his entry of appearance by _____, 2006, and after receipt of same, shall be considered as substitute counsel for Mr. Boehm, at the following address and telephone number:

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Purser v. Boehm
Case 3:05-00085-JKS
Order

```
David Kenner
Kenner Law Firm
16000 Ventura Blvd., Suite 1208
Encino, CA 91436
Telephone: (818) 995-1195
Fax: (818) 475-5369

DATED: _____
```

```
                            _____
                            JAMES K. SINGLETON
                            U.S. District Court Judge
```

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/19/06,
a copy of the foregoing [proposed] Order
was served electronically on:

Darryl L. Jones, Esquire

and by regular U.S. Mail on:

Allen K. Bolling
#14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN  47801


/s/   Kevin T. Fitzgerald
F:\W\3063-4\Pleading\[proposed] Order on Unopposed Mtn for Substitution.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Purser v. Boehm
Case 3:05-00085-JKS
Order