Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | No. 3:06-cv-00031-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF WITHDRAWAL** |
| ) | **OF MOTION AT DOCKET 13** |
| JOSEF F. BOEHM, BAMBI TYREE, ) | |
| LESLIE J. WILLIAMS, JR., and ) | |
| ALLEN K. BOLLING, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

      Comes now defendant, Josef F. Boehm, by and through undersigned counsel, and gives notice of his withdrawal of the unopposed motion and proposed order filed at Docket 13 in this matter, as they were filed with the wrong caption.

      Dated at Anchorage, Alaska May 23, 2006.

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Notice

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

```
                                    INGALDSON, MAASSEN &
                                    FITZGERALD, P.C.
                                    Attorneys for Defendant Boehm



                                    s/ Kevin T. Fitzgerald
                                    ABA No. 8711085
                                    813 West Third Avenue
                                    Anchorage, AK  99501
                                    Fax: (907) 258-8751
                                    E-mail:
                                    kevin@impc-law.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/23/06, a copy of the foregoing Notice was served electronically on:

Verne E. Rupright, Esquire

and by regular U.S. Mail on:

Bambi Tyree
Registration #13016-006
FCI Dublin
Federal Correctional Institution
5701 Eighth Street - Camp Parks
Dublin, CA  94568

Leslie J. Williams
Registration #14903-006
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA  92301


 s/ Kevin T. Fitzgerald
F:\W\3063-6\Pleading\Notice of Withdrawal of Motion.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Notice