Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| KRYSTAL WALLIS, | ) | |
|---|---|---|
| | ) | No. 3:06-cv-00031-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT BOEHM'S** |
| | ) | **UNOPPOSED MOTION FOR** |
| JOSEF F. BOEHM, BAMBI TYREE, | ) | **SUBSTITUTION OF COUNSEL** |
| LESLIE J. WILLIAMS, JR., and | ) | |
| ALLEN K. BOLLING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Comes now Joseph Boehm by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and hereby moves for substitution of counsel.

Substitute Counsel shall be:

David Kenner
Kenner Law Firm
16000 Ventura Blvd., Suite 1208
Encino, CA 91436
Telephone: (818) 995-1195
Fax: (818) 475-5369

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Unopposed Motion

Opposing counsel, Verne Rupright, has been notified of this request and does not oppose it.

Signing of the motion shall act as consent to the motion by Ingaldson, Maassen & Fitzgerald, P.C.

Dated at Anchorage, Alaska May 23, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant Boehm

s/ Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/23/06,
a copy of the foregoing Unopposed Motion
was served electronically on:

Verne E. Rupright, Esquire

and by regular U.S. Mail on:

Bambi Tyree
Registration #13016-006
FCI Dublin
Federal Correctional Institution
5701 Eighth Street - Camp Parks
Dublin, CA  94568

Leslie J. Williams
Registration #14903-006
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA  92301

s/ Kevin T. Fitzgerald
F:\W\3063-6\Pleading\Unopposed Mtn for Substitution.doc

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Unopposed Motion

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751