Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | No. 3:06-cv-00031-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | [proposed] **ORDER GRANTING** |
| ) | **DEFENDANT BOEHM'S** |
| JOSEF F. BOEHM, BAMBI TYREE, ) | **UNOPPOSED MOTION FOR** |
| LESLIE J. WILLIAMS, JR., and ) | **SUBSTITUTION OF COUNSEL** |
| ALLEN K. BOLLING, ) | |
| ) | |
| Defendants. ) | |

    This matter, having come before the court upon defendant Boehm's Unopposed Motion for Substitution of Counsel, and the court being fully advised,

    IT IS ORDERED that Mr. Boehm's proposed substitute counsel David Kenner shall file his entry of appearance by _____, 2006, and after receipt of same, shall be considered as substitute counsel for Mr. Boehm, at the following address and telephone number:

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Order

Page 1 of 2

```
              David Kenner
              Kenner Law Firm
              16000 Ventura Blvd., Suite 1208
              Encino, CA 91436
              Telephone: (818) 995-1195
              Fax: (818) 475-5369

              DATED: _____
```

                                        _____
                                        RALPH R. BEISTLINE
                                        U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/23/06,
a copy of the foregoing Order
was served electronically on:

Verne E. Rupright, Esquire

and by regular U.S. Mail on:

Bambi Tyree
Registration #13016-006
FCI Dublin
Federal Correctional Institution
5701 Eighth Street - Camp Parks
Dublin, CA  94568

Leslie J. Williams
Registration #14903-006
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA  92301


 s/ Kevin T. Fitzgerald
F:\W\3063-6\Pleading\[proposed] Order on Unopposed Mtn for
Substitution.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Order