UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEF F. BOEHM, BAMBI TYREE,<br>LESLIE J. WILLIAMS, JR., and<br>ALLEN K. BOLLING,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A06-031 cv (TMB)<br>)<br>) |

**ENTRY OF APPEARANCE**

EIDE, GINGRAS & PATE, attorneys for defendant, Bambi Tyree, enters its appearance on her behalf in this action and requests that any and all documents be mailed to its office at 425 G Street, Suite 930, Anchorage, AK 99501.

DATED at Anchorage, Alaska this 12th day of September, 2006.

　　　　　　　　　　　　　　　　EIDE, GINGRAS & PATE
　　　　　　　　　　　　　　　　Attorneys for Defendant Bambi Tyree


　　　　　　　　　　　　　　By _____s/Mary L. Pate_____
　　　　　　　　　　　　　　　　　Mary L. Pate
　　　　　　　　　　　　　　　　　Alaska Bar No. 9011109

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows: That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 12th day of September, 2006, I served a true and accurate copy of the foregoing document upon the following counsel of record:

ATTORNEY FOR PLAINTIFF

Verne Rupright, Esq.            [X] electronically
Law Office of Rupright & Foster
322 Main Street
Wasilla, AK 99654

Leslie Williams                 [X] first class mail
Reg. 14903-006
Federal Correctional Institution - Victorville
P.O. Box 5700
Adelanto, CA 92301

ATTORNEYS FOR JOSEF F. BOEHM

Kevin T. Fitzgerald, Esq.       [X] electronically
Ingaldson, Maassen & Fitzgerald, P.C.
813 West Third Avenue
Anchorage, AK 99501

EIDE, GINGRAS & PATE, P.C.


By    s/Patti J. Juliussen
      PATTI J. JULIUSSEN


f:\492\02\entry