UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEF F. BOEHM, BAMBI TYREE,<br>LESLIE J. WILLIAMS, JR., and<br>ALLEN K. BOLLING,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A06-031 cv (TMB)<br>)<br>) |

## AMENDED ANSWER OF DEFENDANT BAMBI TYREE

Defendant Bambi Tyree, by and through her attorneys, EIDE, GINGRAS & PATE, hereby amends her answer to plaintiff's complaint and states as follows:

1. Paragraph 1 of plaintiff's complaint states a legal conclusion to which no response is required.

2. Paragraph 2 of plaintiff's complaint states a legal conclusion to which no response is required.

3. Paragraph 3 of plaintiff's complaint states a legal conclusion to which no response is required.

4. Paragraph 4 of plaintiff's complaint states a legal conclusion to which no response is required.

5. Paragraph 5 of plaintiff's complaint calls for a legal conclusion to which no response is required.

6. Defendant Bambi Tyree lacks sufficient information to form a belief as to the truth or falsity of the allegations in paragraph 6 and therefore denies same.

7. Defendant Bambi Tyree lacks sufficient information to form a belief as to the truth or falsity of the allegations in paragraph 7 and therefore denies same.

8. Defendant Bambi Tyree lacks sufficient information to form a belief as to the truth or falsity of the allegations in paragraph 8 and therefore denies same.

9. Defendant Bambi Tyree lacks sufficient information to form a belief as to the truth or falsity of the allegations in paragraph 9 and therefore denies same.

10. Defendant Bambi Tyree admits the allegations in paragraph 10.

11. Defendant Bambi Tyree denies the allegations in paragraph 11.

12. Defendant Bambi Tyree denies the allegations in paragraph 12.

13. Defendant Bambi Tyree denies the allegations in paragraph 13.

14. Defendant Bambi Tyree denies the allegations in paragraph 14.

15. Defendant Bambi Tyree denies the allegations in paragraph 15.

16. The allegations in paragraph 16 are not directed at defendant Bambi Tyree and therefore no response is required.

17. Defendant Bambi Tyree denies the allegations in paragraph 17.

## FIRST CAUSE OF ACTION
### (Violation of Civil Rights)

18. Defendant Bambi Tyree incorporates her answers to paragraphs 1 through 17 as though fully set forth herein.

19. To the extent the allegations in paragraph 19 refer to defendant Bambi Tyree, they are denied.

20. To the extent the allegations in paragraph 20 refer to defendant Bambi Tyree, they are denied.

21. To the extent the allegations in paragraph 21 refer to defendant Bambi Tyree, they are denied

22. Defendant Bambi Tyree denies the allegations in paragraph 22.

23. Paragraph 23 states a legal conclusion to which no response is required.

24. Defendant Bambi Tyree denies the allegations in paragraph 24.

## SECOND CAUSE OF ACTION
### (Sexual Trafficking of a Minor)

25. Defendant Bambi Tyree incorporates her answers to paragraphs 1 through 24 as though fully set forth herein.

26. Defendant Bambi Tyree's convictions speak for themselves. The remaining allegations in paragraph 26 are directed at other defendants or state a legal conclusion. Therefore, no further response is required.

27. The allegations in paragraph 27 state a legal conclusion to which no response is required.

28. Defendant Bambi Tyree denies the allegations in paragraph 28.

### THIRD CAUSE OF ACTION
(Distribution of a Controlled Substance to a Minor)

29. Defendant Bambi Tyree incorporates her answers to paragraphs 1 through 28 as though fully set forth herein.

30. Defendant Bambi Tyree's convictions speak for themselves. The remaining allegations in paragraph 30 are directed at other defendants. Therefore, no further response is required.

31. Defendant Bambi Tyree denies the allegations in paragraph 31.

32. Defendant Bambi Tyree denies the allegations in paragraph 32.

### FOURTH CAUSE OF ACTION
(Intentional Infliction of Emotional Distress)

33. Defendant Bambi Tyree incorporates her answers to paragraphs 1 through 32 as though fully set forth herein.

34. Defendant Bambi Tyree denies the allegations in paragraph 34.

35. Defendant Bambi Tyree denies the allegations in paragraph 35.

36. Defendant Bambi Tyree denies the allegations in paragraph 36.

37. Defendant Bambi Tyree denies the allegations in paragraph 37.

38. Defendant Bambi Tyree denies the allegations in paragraph 38.

39. Defendant Bambi Tyree denies the allegations in paragraph 39.

40. Defendant Bambi Tyree denies the allegations in paragraph 40.

41. Defendant Bambi Tyree denies the allegations in paragraph 41.

## FIFTH CAUSE OF ACTION
### (Punitive Damages)

42. Defendant Bambi Tyree incorporates her answers to paragraphs 1 through 41 as though fully set forth herein.

43. Defendant Bambi Tyree denies the allegations in paragraph 43.

44. Defendant Bambi Tyree denies the allegations in paragraph 44.

45. Defendant Bambi Tyree denies the allegations in paragraph 45.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a claim from which relief may be granted.

2. Plaintiff's claims may be barred by the statute of limitations.

3. Plaintiff's injuries, if any, are due in whole or in part to the actions of persons other than defendant Bambi Tyree.

4. Plaintiff's injuries, if any, are due, in whole or in part, by her own actions or inactions and therefore she is comparatively at fault.

5. Plaintiff has failed to mitigate her damages.

6. Accord and satisfaction and/or set-off.

7. Plaintiff's claims are barred by her own unclean hands or illegal conduct.

8. Defendant Bambi Tyree reserves the right to claim other and further affirmative defenses following reasonable discovery.

WHEREFORE, Defendant Bambi Tyree prays for judgment and relief as follows:

1. For judgment in her favor dismissing plaintiff's complaint against her in its entirety;

2. For costs and fees associated with defending this action; and

3. For such other and further relief as this court deems just and equitable in the circumstances.

DATED at Anchorage, Alaska this 12th day of September, 2006.

EIDE, GINGRAS & PATE
Attorneys for Defendant Bambi Tyree


By      s/Mary L. Pate
            Mary L. Pate
            Alaska Bar No. 9011109

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows: That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 12th day of September, 2006, I a true and accurate copy of the foregoing document upon the following counsel of record:

ATTORNEY FOR PLAINTIFF

Verne Rupright, Esq.              [X] electronically
Law Office of Rupright & Foster
322 Main Street
Wasilla, AK 99654

Leslie Williams                   [X] first class mail
Reg. 14903-006
Federal Correctional Institution - Victorville
P.O. Box 5700
Adelanto, CA 92301

ATTORNEYS FOR JOSEF F. BOEHM

Kevin T. Fitzgerald, Esq.         [X] electronically
Ingaldson, Maassen & Fitzgerald, P.C.
813 West Third Avenue
Anchorage, AK 99501

EIDE, GINGRAS & PATE, P.C.


By      s/Patti J. Juliussen
        PATTI J. JULIUSSEN



f:\492\02\amendedanswer