Wade, Kelly & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEF F. BOEHM, BAMBI TYREE, ) | |
| LESLIE J. WILLIAMS, JR., and ) | |
| ALLEN K. BOLLING, ) | |
| ) | |
| Defendants. ) | Case No. 3:06-cv-00031-RRB |

## MOTION FOR PRO HAC VICE ADMISSION
## OF DEFENDANT'S COUNSEL

Pursuant to Alaska Civil Rule 81, and upon the Affirmation and Certificate of Good Standing submitted with this motion, the undersigned moves this Court to admit Kenner Law Firm, P.C., to act as lead counsel on this case. The law firm of Wade, Kelly & Sullivan will act as local associate counsel. The firm is located at the following address:

Mot. Pro Hac Vice
Wallis v. Boehm, et al.
No. 3:06-cv-00031RRB

- 1 -

Wade, Kelly & Sullivan
733 W. 4th Ave., Suite 200
Anchorage, Alaska 99501

As local attorney and associate counsel, and in compliance with Rule 81, an attorney from the law firm of Wade, Kelly & Sullivan will be present for all appearances before this Court related to this matter, and at any other times as this Court may require. Local counsel will accept service of any and all papers submitted in relation to this matter.

DATED this 26 day of October, 2006 at Anchorage, Alaska.

WADE, KELLY & SULLIVAN

By: _____
Pamela S. Sullivan
Alaska 9711072
(907) 561-7743
733 W. 4th Ave., Suite 200
Anchorage, Alaska 99501

KENNER LAW FIRM

By: _____
Brett Greenfield
California 217343
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

Mtn. Pro Hac Vice
Willis v. Boehm, et al.
No. 3:06-cv-00031RRB

- 2 -



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that **Brett Alan Greenfield** was on the 4th day of December, 2001, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court,
this 25th day of September, 2006.

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
Patricia A. Quinn, Deputy Clerk