KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS,<br><br>          Plaintiff,<br><br>          v.<br><br>JOSEF F. BOEHM, BAMBI TYREE,<br>LESLIE J. WILLIAMS, JR., and<br>ALLEN K. BOLLING,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|  | ) **Case No. 3:06-cv-00031-RRB** |

ORDER

    Pursuant to motion, IT IS HEREBY ORDERED that this matter shall be set for conference regarding scheduling and planning on the _____ day of _____, 2006 at _____ a.m./p.m.

    The parties should be prepared to discuss all issues related to discovery at that time.

1