```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA


           WALLIS   v.   BOEHM, et al.
DATE:    October 31, 2006     CASE NO.    3:06-cv-0031-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE INCORRECT FILINGS
```

At Docket 15, an Unopposed Motion for Substitution of Counsel was filed that did not comply with Local Rule 83.1(d). A docket annotation was made in June but the motion was never corrected or re-filed. As a result, the motion was terminated and Kevin Fitzgerald remains counsel of record for Joseph R. Boehm. Therefore, a corrected substitution of counsel needs to be filed.

At Docket 19, a Motion for Pro Hac Vice Admission of Defendant's Counsel was filed, but incorrectly entered as a Notice of Appearance. The motion also did not comply with U.S. District Court Local Rule 83.1(d) for non-resident attorney participation. Therefore, a corrected motion complying with Local Rule 83.1(d) - not State of Alaska Civil Rule 81 which governs State Court proceedings - shall be filed, together with a proposed order and the required admission fee.

```
M.O. RE INCORRECT FILINGS
```