Verne E. Rupright, Esquire
ABA 9306013
Rupright & Associates, LLC
322 Main Street
Wasilla, AK 99654
(907) 373-3215
(907) 373-3217 Facsimile
E-mail: vbattry@mtaonline.net
Attorneys for Plaintiff Krystal Wallis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEF F. BOEHM, BAMBI TYREE, LESLIE WILLIAMS, JR., and ALLEN K. BOLLING,<br><br>    Defendants. | ) No: A06-31 CV(TMB)<br>)<br>)<br>)<br>)<br>)<br>) **NOTICE OF SERVICE**<br>)<br>)<br>)<br>)<br>) |

**COMES NOW,** plaintiff, Krystal Wallis, by and through counsel and notices this court of service on defendant Allen K. Bolling. Mr. Bolling was served with the summons and complaint at USP Terra Haute, Indiana, on April, 7th, 2006, by John Childs, Deputy Sheriff of the Vigo County Sheffifs Department. Attached hereto is the return of service and affidavit of counsel.

Dated this 8th day of November, 2006.

/s/ Verne E. Rupright, Esq.
ABA 9306013

1