Verne E. Rupright, Esquire
ABA 9306013
Rupright & Associates, LLC
322 Main Street
Wasilla, AK 99654
(907) 373-3215
(907) 373-3217 Facsimile
E-mail: vbattry@mtaonline.net
Attorneys for Plaintiff Krystal Wallis

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, | ) |
| | ) |
| | ) No: A06-31 CV(TMB) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **NOTICE OF SERVICE** |
| JOSEF F. BOEHM, BAMBI TYREE, | ) |
| LESLIE WILLIAMS, JR., and ALLEN | ) |
| K. BOLLING, | ) |
| | ) |
| Defendants. | ) |
| | ) |

STATE OF ALASKA        )
                       ) .ss
THIRD JUDICIAL DISTRICT )

### AFFIDAVIT OF COUNSEL

I, Verne E. Rupright, after being duly sworn do hereby depose and state:

1. That I am counsel of record on behalf of the Plaintiff, Krystal Wallis, in the above titled action.

1

2. That I caused to have sent the Summons and Complaint on defendant Allen K. Bolling to the Vigo County Sheriff's Office, in Vigo County, Indiana.

3. That according to Deputy Sheriff John Childs of the Vigo County, Indiana Sherriffs Office, Mr. Bolling was served at the Federal facility at Terra Haute on April 7, 2006, which was co-signed by Jan R. Marvel of that office.

4. That counsel has called Vigo County on the 7th and 8th of November, 2006, inquiring as to the service and it was explained that the service was complete, however the declaration portion was not scribed on.

5. That Vigo County Sherriffs Office service is sending a duplicative to this office. Further, that the failure to send this document sooner was inadvertent and not done for delay.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

DATED this 8th day of November.

_____
Verne E. Rupright

SUBSCRIBED TO AND SWORN BEFORE ME this 8th day of November 2006.

_____
Notary Public in and for Alaska
My Commission Expires 03/06/10



OFFICIAL SEAL
Mark Nunn
Notary Public-State of Alaska
My Comm. Expires 3-6-2010

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907) 373-3217

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Alaska_

ORIGINAL

KRYSTAL WALLIS

**SUMMONS IN A CIVIL ACTION**

V.

JOSEF F. BOEHM, BAMBI TYREE,
LESLIE J. WILLIAMS, JR., and
ALLEN K. BOLLING,

CASE NUMBER: A06-031 CV (TMB)

TO: (Name and address of Defendant)

Allen K. Bolling, whose addresss is a federal correctional center

USP Terry Haute located in the Suothern Indiana Judicial District at 4700 Bureau Road Suoth Terry Haute, Indiana 47802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Verne Rupright 322 Main Street Wasilla, Alaska 99654

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ida Romack

CLERK

(By) DEPUTY CLERK

DATE _February 24, 2006_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-7-06 |
| NAME OF SERVER (PRINT) John Childs | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Terre Haute Federal Penitentiary 4700 Bureau Rd., Terre Haute, In 47802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
             Date              Signature of Server

             _____
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

8132357558   Vigo County Sheriff

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT     ORIGINAL
District of _Alaska_

KRYSTAL WALLIS

　　　　　　　　　　　　　　　　SUMMONS IN A CIVIL ACTION

V.

JOSEF F. BOEHM, BAMBI TYREE,
LESLIE J. WILLIAMS, JR., and
ALLEN K. BOLLING,

CASE NUMBER: A06-031 CV (TMB)

TO: (Name and address of Defendant)

Allen K. Bolling, whose addresss is a federal correctional center USP Terry Haute located in the Suothern Indiana Judicial District at 4700 Bureau Road Suoth Terry Haute, Indiana 47802

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Verne Rupright 322 Main Street Wasilla, Alaska 99654

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ida Romack　　　　　　　　　　　　　　　　　February 24, 2006
CLERK　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

Allen K. Bolling

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4-7-06 |
| NAME OF SERVER (PRINT) John Childs | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Terre Haute Federal Penitentiary 4700 Bureau Rd, Terre Haute, IN 47802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-7-06
                Date            Signature of Server

            Vigo County Sheriff Dept.
            Address of Server

Nancy B. Morgan
Notary, Vigo Co., IN
Exp Date: 8-30-13

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.