Verne E. Rupright, Esquire
ABA 9306013
Rupright & Associates, LLC
322 Main Street
Wasilla, AK 99654
(907) 373-3215
(907) 373-3217 Facsimile
E-mail: vbattry@mtaonline.net
Attorneys for Plaintiff Krystal Wallis

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, | )<br>)<br>) |
| Plaintiff, | ) No: A06-31 CV(TMB)<br>)<br>)<br>) |
| vs. | )<br>) |
| JOSEF F. BOEHM, BAMBI TYREE, LESLIE WILLIAMS, JR., and ALLEN K. BOLLING, | ) **NOTICE OF SERVICE**<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Service and Affidavit of Counsel were served electronically upon the following:

Ingaldson, Maassen & Fitzgerald, P.C. 813 West Third Avenue Anchorage, AK 99501 (907) 258-8750 ; Pamela S. Sullivan, Esq. Wade, kelly & Sullivan 733 West 4th Ave., Suite 200 Anchorage, AK 99501 Leslie J. Williams, Jr. - Pro Se Federal Correctional Institution Victorville Medium II Register No: 14903-006 P.O. Box 5700 Adelanto, CA 92301;

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907) 373-3217

Allen K. Bolling - Pro Se  Terra Haute Federal Correctional Institution  Register No: 14911-006 4200 Bureau Road North Terra Haute, Indiana 47808

_____
Mark Nunn
Paralegal

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska  99654
Ph: (907)373-3215    Fax: (907) 373-3217