Verne E. Rupright
Law Office of Verne Rupright & Associates, LLC
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215
Attorney for Krystal Wallis

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215    Fax: (907) 373-3217

| | |
|---|---|
| KRYSTAL WALLIS, )<br>    Plaintiff. )<br>    vs. )<br> )<br>JOSEF F. BOEHM, BAMBI TYREE, )<br>LESLIE J. WILLIAMS, JR., and )<br>ALLEN K. BOLLING )<br> )<br>    Defendants. ) | **APPLICATION FOR JUDGEMENT**<br>**OF DEFAULT AS TO DEFENDANT**<br>**ALLEN K. BOLLING**<br><br>Case No. A06-031 CV (TMB) |

**COMES NOW,** the plaintiff, Krystal Wallis, pirsunat to Federal Rules of Civil Proceedure 55(b)(2) and hereby makes this application for a judicial entry of default as against defendant Allen K. Bolling for failure to answer the complaint served in this matter. Mr. Bolling was served on 7 April, 2006 and the number of days that have passed as of this application are 259 days. This application is further supported by affidavit of counsel for the plaintiff, Krystal Wallis.

DATED this 20th day of December, 2006.

_____
/s/ Verne E. Rupright
ABA 9306013