Verne E. Rupright
Law Office of Verne Rupright & Associates, LLC
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215
Attorney for Krystal Wallis

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) <br> ) <br> Plaintiff. ) <br> ) <br> vs. ) <br> ) <br> ) <br> JOSEF F. BOEHM, BAMBI TYREE, ) <br> LESLIE J. WILLIAMS, JR., and ) <br> ALLEN K. BOLLING ) <br> ) <br> ) <br> Defendants. ) <br> ) | **ORDER OF DEFAULT** <br> **FOR ALLEN K. BOLLING** <br><br> Case No. A06-031 CV (TMB) |

**THIS COURT** after review of the record and being advised in the premsies hereby **GRANTS** the palintiffs relief.

**ORDERED** that an entry of default is lodged as to defendant Allen K. Bolling.

Dated

United States District Court Judge

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska  99654
Ph: (907)373-3215   Fax: (907) 373-3217