Verne E. Rupright
Law Office of Verne Rupright & Associates, LLC
322 main Street
Wasilla, Alaska 99654
(907) 373-3215
Attorney for Krystal Wallis

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | |
|     Plaintiff. ) | |
| ) | |
|     vs. ) | |
| ) | |
| ) | |
| JOSEF F. BOEHM, BAMBI TYREE, ) | **AFFIDAVIT OF COUNSEL** |
| LESLIE J. WILLIAMS, JR., and ) | |
| ALLEN K. BOLLING ) | Case No. A06-031 CV (TMB) |
| ) | |
| ) | |
|     Defendants. ) | |

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) .ss | |
| THIRD JUDICIAL DISTRICT ) | |

I, Verne Rupright, after being duly sworn do hereby depose and state:

1. That I am the counsel of record for the plaintiff, Krystal Wallis, in the above titled action.

2. That I caused by process through the Vigo County Sheriff's Office, Deputy Sheriff John Childs, the Summons and Complaint to be served on the defendant Allen K. Bolling, at USP Terra Haute, Indiana, on April 7th, 2006.

3. That to the best of my knowledge and belief, the defendant Allen K. Bolling, has failed to answer in this matter.

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215    Fax: (907) 373-3217

4.    That a period of 268 days has elapsed since service was made on the defendant, Allen K. Bolling, as of the date of this affidavit.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Verne Rupright

Subscribed and Sworn To before me this 29 day of December, 2006.



**Notary Public** in and for Alaska
My Commission Expires: 1-23-2010

OFFICIAL SEAL
Daniel Criss
Notary Public-State of Alaska
My Comm. Expires 1-23-2010