Verne E. Rupright
Law Office of Verne Rupright & Associates, LLC
322 main Street
Wasilla, Alaska 99654
(907) 373-3215
Attorney for Krystal Wallis

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSEF F. BOEHM, BAMBI TYREE, ) | **CERTIFICATE OF SERVICE** |
| LESLIE J. WILLIAMS, JR., and ) | |
| ALLEN K. BOLLING ) | Case No. A06-031 CV (TMB) |
| ) | |
| Defendants. ) | |

I, Verne Rupright, counsel for plaintiff Krystal Wallis certify that on 29 December, 2006, a copy of the Motion For Default was served on the following:

Allen K. Bolling-Pro Se           Pamela Sullivan for Josef Boehm
Terra Haute USP                   Wade, Kelly & Sullivan
4700 Bureau Road.                 733 W-4th Ste 200
Terra Haute, ID 47802             Anchorage, AK 99501

Leslie Williams-Pro Se
FCI Victorville II
Adelanto, CA 92301

Mary Pate-Counsel for Bambi Tyree
Eide, Gingras & Pate, PC
425 G-Street Ste. 930
Anchorage, AK 99501

Dated 29 December, 2006

/s/ Verne Rupright

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907) 373-3217