UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOLLING, | ) |
| Defendants. | ) Case No. A06-031 cv (TMB) |

## JOINT MOTION FOR DISMISSAL OF DEFENDANT BAMBI TYREE

Plaintiff, Krystal Wallis and defendant, Bambi Tyree, by and through their respective counsel, hereby jointly move for dismissal of Bambi Tyree as defendant in this matter. This dismissal is with prejudice with each party to bear their own costs and attorney's fees.

EIDE, GINGRAS & PATE
Attorneys for Defendant Bambi Tyree

1/25/07
Date

By _____
Mary L. Pate
Alaska Bar No. 9011109

Law Office of Verne Rupright & Assoc, Inc.
Attorney for Plaintiff Krystal Wallis

1/26/07
Date

By _____
Verne Rupright
Alaska Bar No. 9306013

Case 3:06-cv-00031-RRB    Document 33    Filed 01/26/2007    Page 2 of 2

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows: That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 26th day of January, 2007, I served a true and accurate copy of the foregoing document upon the following counsel of record:

ATTORNEY FOR PLAINTIFF

Verne Rupright, Esq.　　　　　　[X] electronically
Law Office of Rupright & Foster
322 Main Street
Wasilla, AK 99654

ATTORNEYS FOR JOSEF F. BOEHM

Kevin T. Fitzgerald, Esq.　　　　[X] electronically
Ingaldson, Maassen & Fitzgerald, P.C.
813 West Third Avenue
Anchorage, AK 99501

David Kenner, Esq.　　　　　　　[X] via 1st class mail
Kenner Law Firm
16000 Ventura Blvd.
Suite 1208
Encino, CA 91436

Pamela S. Sullivan, Esq.　　　　　[X] electronically
Wade, Kelly & Sullivan
733 W. 4th Ave., Suite 200
Anchorage, AK 99501

Leslie Williams　　　　　　　　　[X] First Class Mail
Reg. 14903-006
Federal Correctional Institution - Victorville
P.O. Box 5700
Adelanto, CA 92301

EIDE, GINGRAS & PATE, P.C.

By /s/ Patti J. Juliussen
　　PATTI J. JULIUSSEN

Joint Motion for Dismissal of Defendant Bambi Tyree
*Wallis v. Boehm, et al.*, Case No. A06-031 cv　　　　　　　　　　　　　Page 2