UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOLLING, | ) ) Case No. A06-031 cv (TMB) |
| Defendants. | ) |

## ORDER RE:  JOINT MOTION FOR DISMISSAL OF DEFENDANT BAMBI TYREE

This Court, having considered the merits of the Joint Motion for Dismissal of defendant, Bambi Tyree, hereby **GRANTS** the motion.

Bambi Tyree is hereby **DISMISSED** with prejudice from this case.

Dated this _____ day of _____, 2007.

_____
Superior Court Judge

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows: That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 26 day of January, 2007, I served a true and accurate copy of the foregoing document upon the following counsel of record:

ATTORNEY FOR PLAINTIFF

Verne Rupright, Esq.                [X] electronically
Law Office of Rupright & Foster
322 Main Street
Wasilla, AK  99654

ATTORNEYS FOR JOSEF F. BOEHM

Kevin T. Fitzgerald, Esq.           [X] electronically
Ingaldson, Maassen & Fitzgerald, P.C.
813 West Third Avenue
Anchorage, AK  99501

David Kenner, Esq.                  [X] via 1st class mail
Kenner Law Firm
16000 Ventura Blvd.
Suite 1208
Encino, CA  91436

Pamela S. Sullivan, Esq.            [X] electronically
Wade, Kelly & Sullivan
733 W. 4th Ave., Suite 200
Anchorage, AK  99501

Leslie Williams                     [X] First Class Mail
Reg. 14903-006
Federal Correctional Institution - Victorville
P.O. Box 5700
Adelanto, CA  92301

EIDE, GINGRAS & PATE, P.C.

By _____
   PATTI J. JULIUSSEN

Order Re: Joint Motion for Dismissal of Defendant Bambi Tyree
*Wallis v. Boehm, et al.*, Case No. A06-031 cv                     Page 2