(Name) VERNE E. RUPRIGHT
(Law Firm) LAW OFFICE OF VERNE RUPRIGHT & ASSOCIATES, LLC
(Street Address) 322 MAIN STREET, WASILLA, ALASKA 99654
(City, State, Zip) WASILLA, ALASKA 99654
Telephone: (907) 373-3215
Facsimile: (907) 373-3217
e-mail: vbattrny@mtaonline.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) ) ) ) Plaintiff(s) ) vs ) JOSEF F. BOEHM, BAMBI TYREE ) LESLIE J. WILLIAMS, JR., ) and ALLEN K. BOLLING ) ) ) Defendant(s) ) ) | Case No. A06-031 cv (TMB) SCHEDULING AND PLANNING CONFERENCE REPORT |

1. **Meeting.** In accordance with FED. R. CIV. P. 26(f), a meeting was held on _____ and was attended by:

VERNE RUPRIGHT attorney for KRYSTAL WALLIS
PAM SULLIVAN attorney for JOSEF F. BOEHM
_____ attorney for _____
_____ attorney for _____

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by FED. R. CIV. P. 26(a)(1):

   ☐ have been exchanged by the parties

   ☒ will be exchanged by the parties by    14 FEB 07

   Proposed changes to disclosure requirements:

   NONE SEEN AT THIS TIME

   Preliminary witness lists

   ☐ have been exchanged by the parties

   ☒ will be exchanged by the parties by   1 MAR 07

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

   VIOLATION OF CIVIL RIGHTS - 13TH AMENDMENT - 18 USC § 1591;
   SEXUAL TRAFFICKING OF A MINOR - 18 USC 1591;
   DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A MINOR;
   INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;
   PUNITIVE DAMAGES

4.   **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues:

   - RECORDS OF CONVICTION
   - All STATEMENTS AVAILABLE
   - ⟨SEE STATEMENT OF ISSUES & FACTS OF LAW⟩

   B. All discovery commenced in time to be completed by   1 FEB 2008   ("discovery close date").

   C. Limitations on Discovery.

   1. Interrogatories
      - ☑ No change from FED. R. CIV. P. 33(a)
      - ☐ Maximum of ___ by each party to any other party.
      
      Responses due in ___ days.
   
   2. Requests for Admissions.
      - ☑ No change from FED. R. CIV. P. 36(a).
      - ☐ Maximum of ___ requests.
      
      Responses due in ___ days.

3. Depositions.

    ☒ No change from FED. R. CIV. P. 36(a), (d).

    ☐ Maximum of ___ depositions by each party.

    Depositions not to exceed ___ hours unless agreed to by all parties.

D.    Reports from retained experts.

    ☒ Not later than 90 days before the close of discovery subject to FED. R. CIV. P. 26(a)(2)(C).

    ☒ Reports due:

    From plaintiff  1 NOV 07     From defendant  1 NOV 07

E.    Supplementation of disclosures and discovery responses are to be made:

    ☒ Periodically at 60-day intervals from the entry of scheduling and planning order.

    ☐ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    ☐ 45 days prior to the close of discovery.

    ☒ Not later than  30 DAYS PRIOR TO CLOSE OF DISCOVERY

5. **Pretrial Motions.**

    ☒ No change from D.AK. LR 16.1(c).

The following changes to D.AK. LR 16.1(c). [Check and complete all that apply]

    ☐ Motions to amend pleadings or add parties to be filed not later than ___

    ☐ Motions under the discovery rules must be filed not later than ___

    ☐ Motions in limine and dispositive motions must be filed not later than

6. **Other Provisions:**

    A.   ☐ The parties do not request a conference with the court before the entry of the scheduling order.

        ☒ The parties request a scheduling conference with the court on the following issue(s):

    B.     Alternative Dispute Resolution. [D.AK. LR 16.2]

        ☐ This matter is not considered a candidate for court-annexed alternative dispute resolution.

        ☒ The parties will file a request for alternative dispute resolution not later than   *1 AUGUST 2007*

          ☐ Mediation     ☐ Early Neutral Evaluation

    C.     The parties   ☐ do   ☒ not consent to trial before a magistrate judge.

    D.     Compliance with the Disclosure Requirements of FED. R. CIV. P. 7.1

        ☐ All parties have complied     ☐ Compliance not required by any party

7. Trial.

   A.   The matter will be ready for trial:

      ☐ 45 days after the discovery close date.

      ☒ not later than  60 DAYS AFTER DISCOVERY

   B.   This matter is expected to take 20 days to try.

   C.   Jury Demanded ☒ Yes ☐ No

      Right to jury trial disputed? ☐ Yes ☐ No

Dated: 25 January, 2007

/s/ Verne Rupright
(Signature of Attorney)
Law Office Verne Rupright & Asso, LLC.
(Typed Name of Attorney)
Verne Rupright
(Law Firm)

Attorney For: Krystal Wallis

/s/ Pamela Sullivan
(Signature of Attorney)
Pamela Sullivan
(Typed Name of Attorney)
Wade, Kelley & Sullivan
(Law Firm)

Attorney For: Josef Boehm

_____
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)

Attorney For:

_____
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)

Attorney For: