UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOLLING, | ) ) ) Case No. A06-031 cv (TMB) |
| Defendants. | ) ) |

### ORDER RE: JOINT MOTION FOR DISMISSAL OF DEFENDANT BAMBI TYREE

This Court, having considered the merits of the Joint Motion for Dismissal of defendant, Bambi Tyree, hereby **GRANTS** the motion.

Bambi Tyree is hereby **DISMISSED** with prejudice from this case.

Dated this \_1\_ day of February, 2007.

_____
Superior Court Judge