Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Former Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | No. 3:06-cv-00031-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | **REQUEST FOR REMOVAL FROM** |
| ) | **SERVICE LIST** |
| JOSEF F. BOEHM, BAMBI TYREE, ) | |
| LESLIE J. WILLIAMS, JR., and ) | |
| ALLEN K. BOLLING, ) | |
| ) | |
| Defendants. ) | |

Comes now undersigned former counsel, and requests removal from the service list for the above-captioned action, as Mr. Boehm now has Pamela S. Sullivan

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Request

Page 1 of 2

as counsel of record, and undersigned is not involved in the matter anymore.

Dated at Anchorage, Alaska February 7, 2007.

INGALDSON, MAASSEN & FITZGERALD, P.C., Former Attorneys for Defendant Boehm

s/ Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/7/07, a copy of the foregoing Request was served electronically on:

Verne E. Rupright, Esquire
Mary L. Pate, Attorney
Pamela S. Sullivan, Attorney

and by regular U.S. Mail on:

Leslie J. Williams
Registration #14903-006
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA  92301

 s/ Kevin T. Fitzgerald
F:\W\3063-6\Pleading\Request for Removal.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Request