Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Former Attorneys for Defendant Josef F. Boehm

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | No. 3:06-cv-00031-RRB |
| Plaintiff, ) | |
| ) | [proposed] **ORDER GRANTING** |
| v. ) | **REMOVAL FROM SERVICE LIST** |
| ) | |
| JOSEF F. BOEHM, BAMBI TYREE, ) | |
| LESLIE J. WILLIAMS, JR., and ) | |
| ALLEN K. BOLLING, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

      This matter, having come before the court upon the Request for Removal From Service List filed by Kevin T. Fitzgerald, and the court being fully advised,

      IT IS ORDERED that service shall no longer be effected on Mr. Fitzgerald, as Pamela S. Sullivan now represents defendant Boehm in the above-captioned action.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Order

DATED: _____

_____
RALPH R. BEISTLINE
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/7/07,
a copy of the foregoing Order
was served electronically on:

Verne E. Rupright, Esquire
Mary L. Pate, Attorney
Pamela S. Sullivan, Attorney

and by regular U.S. Mail on:

Leslie J. Williams
Registration #14903-006
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA  92301


 s/ Kevin T. Fitzgerald
F:\W\3063-6\Pleading\[proposed] Order Granting Removal From Service List.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Wallis v. Boehm, et al.
No. 3:06-cv-00031-RRB
Order