Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550

    Attorneys for Josef F. Boehm

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEF F. BOEHM, LESLIE J. ) <br> WILLIAMS, JR., and ALLEN K. ) <br> BOLLING, ) <br> ) <br>     Defendants. ) <br> _____) | Case No. 3:06-CI-00031 (RRB) |

### **ENTRY OF APPEARANCE**

    BIRCH, HORTON, BITTNER AND CHEROT, 1127 W. Seventh Avenue, Anchorage, Alaska, 99501, pursuant to Local Rule 11.1, hereby enters its appearance as lead counsel in the above-captioned case on behalf of the Defendant, Josef F. Boehm, and requests that copies of all pleadings and correspondence pertaining to this case be directed to Max D. Garner and Timothy J. Petumenos, as well as to current co-counsel Pamela Sullivan of the firm Wade, Kelly & Sullivan.

WALLIS VS. BOEHM, ET AL.    CASE NO. 3:06-CV-00031 (RRB)
ENTRY OF APPEARANCE    PAGE 1 OF 2
F:\506539\1\TKM2925.DOC

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

DATED this  14th  day of September, 2007.

        BIRCH, HORTON, BITTNER AND CHEROT
        Attorneys for Defendant

By:   /s/ Max D. Garner
       Timothy J. Petumenos, ABA #7611147
       Max D. Garner, ABA #9011096
       1127 W. Seventh Avenue
       Anchorage, AK  99501
       (907) 276-1550
       Facsimile: (907) 276-3680
       mgarner@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  14th  day of September, 2007, a true and correct copy of the foregoing was served via electronically on:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Ms. Mary O. Pate
Eide, Miller & Pate, P.C.

and via U.S. Mail, postage prepaid, on the following:

Leslie J. Williams, Jr.
FCI Victorville II
Adelanto, CA  92301

Allen K. Bolling
Terra Haute USP
4700 Bureau Road
Terra Haute, ID  47802

BIRCH, HORTON, BITTNER AND CHEROT

By: _____

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

WALLIS VS. BOEHM, ET AL.                                  CASE NO. 3:06-CV-00031 (RRB)
ENTRY OF APPEARANCE                                         PAGE 2 OF 2
F:\506539\1\TKM2925.DOC