# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT ANCHORAGE

E.A. a minor, by her mother )
And next friend D.A., )
                                  )
                Plaintiff, )
                                  )
vs. )
                                  )
JOSEF F. BOEHM, )
                                  )
                Defendant. )
_____) Case No. 3AN-05-11782 CI

## AFFIDAVIT OF OFFICER STEVEN BOLTZ

STATE OF ALASKA        )
                                      )
THIRD JUDICIAL DISTRICT   )

Steven Boltz, being first duly sworn upon oath, hereby deposes and states:

1. I am a police officer with the Anchorage Police Department. I make this Affidavit of my own personal knowledge.

2. I was the principal detective investigator in the criminal case of Josef Boehm, which led to his conviction in U.S. District Court.

3. I have been subpoenaed by Mr. Boehm's attorneys in the above-captioned civil lawsuit. My deposition has been set a couple of times before, but I understand it is currently set for December 18.

4. Because of the nature of the crimes involved, I anticipate being asked to identify and discuss juvenile and other alleged victims of, and witnesses to, sexual and/or other wrongs.

5. In particular, I would expect Defendant may seek reputation evidence, or evidence of prior sexual activity, of the Plaintiffs and other alleged victims and witnesses, including juveniles.

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

6. In addition, Defendant may seek to use this deposition to extract information on what the police or U.S. Government know about additional wrongs that may have been perpetrated by him or others. Being forced to divulge such information could jeopardize other criminal investigations or prosecutions.

7. Plaintiffs may seek to elicit from me the names of additional victims who may yet join the present Plaintiffs in suing Defendant.

8. These victims, witnesses or juveniles may be entitled to some level of legal protection of their identities or their privacy under federal, state or local law.

9. I am very uncomfortable answering questions that may harm people's legitimate privacy interests, or put me in violation of any law restricting the disclosure of such information.

10. I request a clear Order from this Court, either assuring me that I may answer anything I am asked, or else setting boundaries on questions the parties may ask or information I may disclose.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
Steven Boltz

SUBSCRIBED AND SWORN to before me this 26 day of November, 2007.



_____
Notary Public in and for Alaska
My commission expires: 2-21-09

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Affidavit of Officer Steven Boltz
Case No. 3AN-05-11782 CI
Page 2 of 3

Certificate of Service
I hereby certify that on this 26th day of November, 2007
I caused to be mailed a true and correct copy of this
foregoing document to:

    Pamela S. Sullivan
    Russell L. Winner
    Myron Angstman
    Carla Raymond

_____

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Affidavit of Officer Steven Boltz
Case No. 3AN-05-11782 CI
Page 3 of 3