

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550  http://www.muni.org

*Mayor Mark Begich*

April 25, 2007

Office of the Municipal Attorney
Civil Division

Pamela Sullivan
Wade, Kelly & Sullivan
745 W. 4th Ave., #425
Anchorage, AK 99501

Re:  E.A. and D.A. v. Boehm, 3AN-05-11782 CI
     Subpoena for taking deposition of Officer Steve Boltz

Dear Ms. Sullivan:

Pursuant to our conversation of the 24th, we understand you are cancelling Officer Boltz's deposition in this matter for May 1, and re-noticing it for a time to be agreed. Today I advised Chris of your office that either May 11 or May 14 would be a good date. **Please get in touch as soon as possible to finalize a date, and to provide us the electronic copies of Officer Boltz's prior testimony, interviews he conducted, etc., as we have discussed.**

As we also discussed, before he can testify, we must have a Court Order in place instructing Officer Boltz as to what he may or may not disclose at the deposition with respect to victims and witnesses, who include juveniles and sexual assault/abuse victims. Please coordinate with your opposing counsel and come up with a proposed stipulated order protecting Officer Boltz, for our review.

Separately, you are dealing with my colleague Joshua Freeman regarding any records requests.

You asked whether Officer Boltz has additional notes, interviews or paperwork from the case. He has not. He also stated APD procedures do not allow him to produce records to you; the records must come from APD Records. I have no idea whether the U.S. Attorney has possession of anything received from APD.

Thank you for your understanding of our concerns on this.

Sincerely,

Joyce Weaver Johnson
Assistant Municipal Attorney

Exhibit B Page 1 of 2

*Community, Security, Prosperity*

cc: Officer Steve Boltz
Capt. Bill Miller
APD Court Liaison
Joshua M. Freeman