

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550  http://www.muni.org

*Mayor Mark Begich*
May 8, 2007

Office of the Municipal Attorney
Civil Division

Pamela Sullivan
Wade, Kelly & Sullivan
745 W. 4th Ave., #425
Anchorage, AK  99501

Re:   E.A. and D.A. v. Boehm, 3AN-05-11782 CI
      Subpoena for taking deposition of Officer Steve Boltz

Dear Ms. Sullivan:

Thank you for your voice mail today. Please *do* go ahead and send me transcripts or audio of the interviews which Officer Boltz conducted, as well as his prior testimony in the Boehm proceedings, including but not limited to the grand jury and sentencing. My email is johnsonjw@ci.anchorage.ak.us.

I understand you will not take his deposition May 11 or 14 but plan to do so prior to June 10. Please let us know your preferred dates and get these records to us as soon as possible so that Officer Boltz can arrange his schedule and review the materials.

Finally, as discussed earlier (*see* our April 25 letter) we are waiting to see the parties' proposed stipulated Order as to what the officer may or may not say at the deposition with respect to victims and witnesses including juveniles and sexual assault victims.

Sincerely,

*Joyce Weaver Johnson*
Joyce Weaver Johnson
Assistant Municipal Attorney

cc:   Officer Steve Boltz
      Capt. Bill Miller
      APD Court Liaison
      Joshua M. Freeman

Exhibit C Page 1 of 1

*Community, Security, Prosperity*