# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550   http://www.muni.org

*Mayor Mark Begich*
May 14, 2007

Office of the Municipal Attorney
Civil Division

Pamela Sullivan
Wade, Kelly & Sullivan
745 W. 4th Ave., #425
Anchorage, AK 99501

Re: E.A. and D.A. v. Boehm, 3AN-05-11782 CI
    Subpoena for taking deposition of Officer Steve Boltz

Dear Ms. Sullivan:

Thank you for your call on Friday. We have repeatedly asked for Officer Boltz's prior federal testimony and been assured you were forwarding it. We also had your agreement you would try to work up a protective order acceptable to the civil parties. You have now indicated you do not think you can prepare such an order.

On reflection, I disagree. All we need is an order from Judge Rindner assuring Officer Boltz that, notwithstanding any federal, state or local laws protecting victims, including juveniles and their families, he may answer the parties' questions at this deposition. I do not see how preparing such an order limits your ability to get your questions answered, or places you in any kind of conflict. On the contrary, I would suggest it is in your client's interest to obtain a robust order along these lines.

We are trying to cooperate fully with your subpoena. However, we do not wish to embroil ourselves in the parties' discovery disputes or expend additional resources due to further delays, conferring, negotiating, briefing, etc. We don't know the parties and their counsel, or the needs of your case. You are far better situated than the Municipal Attorney to obtain an appropriate order. We look forward to seeing a proposed order which you have pre-cleared with your opposing counsel, and to receiving those transcripts.

Finally, please note Officer Boltz will be on leave and unavailable June 8-22. Thank you.

Sincerely,

*[signature]*

Joyce Weaver Johnson
Assistant Municipal Attorney

Exhibit D Page 1 of 2

*Community, Security, Prosperity*

cc: Officer Steve Boltz
    Capt. Bill Miller
    APD Court Liaison
    Joshua M. Freeman