

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550  http://www.muni.org

*Mayor Mark Begich*
November 5, 2007

Office of the Municipal Attorney
Civil Division

Pamela Sullivan
Wade, Kelly & Sullivan
745 W. 4th Ave., #425
Anchorage, AK 99501

Re:  E.A. and D.A. v. Boehm, 3AN-05-11782 CI
     Subpoena for taking deposition of Officer Steve Boltz

Dear Ms. Sullivan:

For more than six months you have been scheduling, then postponing, the deposition of Anchorage Police Department Officer Steve Boltz. For more than six months the Municipality Of Anchorage has been asking you to obtain an Order assuring Officer Boltz that he may answer the parties' questions at this deposition. This Order is needed because of federal, state and/or local law protecting the privacy of victims, including juveniles and their families, as well as orders entered in United States v. Boehm, Case No. A04-003 CR (JWS). To our knowledge, you have never obtained such an Order.

I had expected that, as the party seeking the testimony, you were best situated to make the appropriate arrangements. Having received no cooperation with our needs, I am cross-copying this and my three prior letters to Russell Winner. I would ask that you and Mr. Winner both forward this to your co-counsel, as applicable, as it is not clear to me from CourtView who is active in the case.

Please provide us with such an order prior to any further communications with us attempting to set a new deposition date. Thank you.

Sincerely,

Joyce Weaver Johnson
Assistant Municipal Attorney

Encl.:
    4/25/07 letter to Sullivan
    5/8/07 letter to Sullivan

Exhibit E Page 1 of 2

*Community, Security, Prosperity*

5/14/07 letter to Sullivan

cc w/encl.:
    Russell Winner
    Winner & Associates
    900 West Fifth Avenue, Suite 700
    Anchorage, Alaska 99501

cc w/o encl.:
    Officer Steve Boltz
    Deputy Chief Ross Plummer
    Capt. Bill Miller
    APD Court Liaison