Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550

    Attorneys for Josef F. Boehm

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00031-RRB |
| ) | |
| JOSEF F. BOEHM, BAMBI ) | |
| TYREE, LESLIE J. WILLIAMS, ) | |
| JR., and ALLEN K. BOWLING, ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

## **[PROPOSED] PROTECTIVE ORDER**

This Court having reviewed the Municipality of Anchorage's Motion to Quash or for Protective Order, the opposition thereto, and being otherwise fully informed, hereby ORDERS:

The Municipality's motion to quash the deposition subpoena for Officer Steven Boltz is DENIED.

IT IS FURTHER ORDERED:

WALLIS V. BOEHM, ET AL.                                       CASE NO. 3:06-cv-00031-RRB
[PROPOSED] PROTECTIVE ORDER                            PAGE 1 OF4
F:\506539\2\TKM3418.DOC

1.     The Court is aware of applicable federal, state and local laws protecting confidential victim and witness information, criminal justice information and juvenile records, and open law enforcement investigations.  The Court recognizes the values of victim/witness privacy and avoiding interference with open law enforcement investigations.  Further, the Court understands the concerns of the Municipality and Officer Boltz about being required to divulge private information, or information concerning open criminal investigations.

2.     At the same time, the Court understands the discovery needs of the parties to this litigation.  This Order is designed to balance the parties' needs with those of the Municipality and Officer Boltz.

3.     Officer Boltz shall comply with the civil Subpoena and Notice of Deposition set for December 18, 2007, except as otherwise ordered herein.

4.     The parties shall not question Officer Boltz regarding any criminal investigation that does not involve a person who is a party or witness in the above-captioned matter, or a party or witness in the Superior Court case entitled E.A., et al. v. Boehm, Case No. 3AN-05-11782 CI.

5.     The parties may question Officer Boltz regarding any and all persons who are parties or witnesses in this case, or in E.A., et al. v. Boehm, Case No. 3AN-05-11782 CI, including victims of crimes and juveniles, subject to the limitations detailed in this Order.

6.     No part of any tape, videotape, digital recording, stenographic record, transcript or other record of Officer Boltz's deposition shall be published in

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

any pleading, motion or exhibit, or in open court during pretrial proceedings, unless submitted under seal.

7.  Absent leave of this Court or the Superior Court, no part of any tape, videotape, digital recording, stenographic record or transcript of Officer Boltz's deposition shall be disclosed to any person, other than to parties and attorneys participating in this litigation, court reporters and transcriptionists, paralegals or investigators employed or retained by counsel, or experts retained by counsel to digitize and format the deposition testimony for playback at trial.  Persons retained or employed by counsel who are given access to Officer Boltz's deposition shall be advised of this protective order by that counsel.

8.  The parties and counsel shall not publish any part of Officer Boltz's deposition in open court in any proceeding in state or federal court without giving prior notice to the judge presiding over the matter and the parties.  If the judge allows the requested portion(s) of the deposition to be published, the judge may enter any orders he or she deems appropriate to protect the confidentiality of the testimony, including closing the courtroom to the public, instructing the jury to not reveal any information, sealing the record, etc.

9.  If the Municipality has cause to believe that Officer Boltz has information concerning a person implicated in an open criminal investigation that is a party or witness in this case or in E.A., et al. vs. Boehm, et al., Case No. 3AN-05-11782 CI, and there is reason to believe that disclosure of that information will hinder law enforcement efforts, the Municipality may seek further relief through supplemental motion to this Court.

10. During the deposition of Officer Boltz, the Municipality's counsel may instruct the officer not to answer specific questions if the officer or counsel reasonably believe that answering the questions would implicate an open criminal investigation and thus hinder law enforcement efforts. Parties propounding questions that are not answered on this ground may seek relief through a motion to compel filed under seal with this Court, or with the Superior Court.

11. Violation of this Order shall be punishable by contempt.

DATED this _____ day of December, 2007.

_____
Ralph R. Beistline
U.S. District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  4th  day of December, 2007, a true and correct copy of the foregoing was served via electronically on:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Mary O. Pate
Eide, Miller & Pate, P.C.

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

and via U.S. Mail, postage prepaid, on the following:

Leslie J. Williams, Jr.
FCI Victorville II
Adelanto, CA  92301

Allen K. Bolling
Terra Haute USP
4700 Bureau Road
Terra Haute, ID  47802

BIRCH, HORTON, BITTNER AND CHEROT

By:    /s/ Martha K. Marshall

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

WALLIS V. BOEHM, ET AL.
[PROPOSED] PROTECTIVE ORDER
F:\506539\2\TKM3418.DOC

CASE NO. 3:06-cv-00031-RRB
PAGE 4 OF 4