## *DRAFT*

Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for
Officer Steven Boltz

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, )<br><br>   Plaintiff, )<br><br>vs. )<br><br>JOSEF F. BOEHM, BAMBI )<br>TYREE, LESLIE J. WILLIAMS, )<br>JR., and ALLEN K. BOWLING )<br><br>   Defendants. )<br>         ) | Case No. 3:06-cv-00031-RRB |

### STIPULATION FOR PROTECTIVE ORDER (MODIFIED) FOR DEPOSITION OF OFFICER STEVEN BOLTZ

The parties, through their undersigned counsel, having reviewed the Protective Order (Modified) for Deposition of Officer Steven Boltz, as proposed by the Municipal Attorney's Office, agree the modified Order strikes the appropriate balance between their needs, and those of the witness and Municipality. They further agree that immediate entry of such an order will avoid uncertainties and delays at the deposition the morning of Tuesday, December 18. Accordingly, the parties respectfully request this Court enter the

Protective Order (Modified) not later than noon Monday, December 17, and advise the

parties of its entry so that the deposition may go forward as scheduled.


    Respectfully submitted this _____ day of December, 2007.


                              By:  s/ Max D. Garner
                                   1127 W. Seventh Avenue
                                   Anchorage, Alaska 99501
                                   Phone: (907) 276-1550
                                   Fax: (907) 276-3680
                                   E-mail: mgarner@bhb.com
                                   Alaska Bar No. 9011096

    Respectfully submitted this _____ day of December, 2007.


                              By:  s/ Verne E. Rupright
                                   322 Main Street
                                   Wasilla, Alaska 99654
                                   Phone: (907) 373-3215
                                   Fax: (907) 373-3217
                                   E-mail: vbattrny@mtaonline.net
                                   Alaska Bar No. 9306013

    Respectfully submitted this _____ day of December, 2007.


                              JAMES N. REEVES
                              Municipal Attorney

                              By:  s/ Joyce Weaver Johnson
                                   Municipal Attorney's Office
                                   P.O. Box 196650
                                   Anchorage, Alaska 99519-6650
                                   Phone: (907) 343-4545
                                   Fax: (907) 343-4550
                                   E-mail: uslit@muni.org
                                   Alaska Bar No. 9306029

Stipulation for Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3:06-cv-00031-RRB
Page 2 of 3

**Exhibit A Page 2 of 6**

The undersigned hereby certifies that on 12/__/07 a
true and correct copy of the *Stipulation for Protective
Order (Modified) for Deposition of Officer Steven Boltz
& Proposed Order* was served on:

        Verne Rupright
        Max D. Garner

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office

## *DRAFT*

Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for
Officer Steven Boltz

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEF F. BOEHM, BAMBI | ) |
| TYREE, LESLIE J. WILLIAMS, | ) |
| JR., and ALLEN K. BOWLING | ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-00031-RRB |
| | ) |

## PROPOSED PROTECTIVE ORDER (MODIFIED) FOR
## DEPOSITION OF OFFICER STEVEN BOLTZ

This Court having reviewed the Municipality of Anchorage's Motion to Quash or

for Protective Order as to Deposition of Officer Steven Boltz; and reviewed the parties'

subsequent Stipulation for Protective Order (Modified) for Deposition of Officer Steven

Boltz, hereby ORDERS:

1.    The court is aware of applicable federal, state and local law

protecting confidential victim and witness information, criminal

justice information and juvenile records. The Court recognizes the values of victim/witness privacy and the concerns of the Municipality and Officer Boltz about being required to divulge such private information.

2.  At the same time, the Court understands the discovery needs of the parties to this litigation. This Order is designed to balance the parties' needs with those of the Municipality and Officer Boltz.

3.  Officer Boltz may comply with the civil subpoena and notice of deposition set for December 18, 2007.

4.  The parties may question Officer Boltz regarding any and all persons, including victims of crimes and juveniles.

5.  No part of any tape, videotape, digital recording, stenographic record, transcript or other record of Officer Boltz's deposition shall be published in any pleading, motion or exhibit, or in open court, without this Court's leave. Such records may be submitted to the Court under seal as needed.

6.  No part of any tape, videotape, digital recording, stenographic record, transcript or other record of Officer Boltz's deposition shall be disclosed to any person, other than parties and attorneys participating in this litigation, without this Court's leave.

7.        If the Court grants leave as provided above, it will enter any orders it deems appropriate to protect the confidentiality of the testimony, including closing the courtroom to the public, instructing the jury to not reveal any information, sealing the record, etc.

8.        Violation of this Order shall be punishable by contempt.

It is so ORDERED.

Dated this _____ day of _____ 2007.

By:_____
      Ralph Beistline
      U. S. District Judge