Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for
Officer Steven Boltz

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| KRYSTAL WALLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOWLING | ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-00031-RRB |
| | ) |

**STIPULATION FOR PROTECTIVE ORDER (MODIFIED)
FOR DEPOSITION OF OFFICER STEVEN BOLTZ**

The parties, through their undersigned counsel, having reviewed the Protective Order (Modified) for Deposition of Officer Steven Boltz, as proposed by the Municipal Attorney's Office, agree the modified Order strikes the appropriate balance between their needs, and those of the witness and Municipality. They further agree that immediate entry of such an order will avoid uncertainties and delays at the deposition the morning of Tuesday, December 18. Accordingly, the parties respectfully request this Court enter the

Protective Order (Modified) not later than noon Monday, December 17, and advise the parties of its entry so that the deposition may go forward as scheduled.

Respectfully submitted this 13th day of December, 2007.

> By: s/ Max D. Garner     (consent given)
> 1127 W. Seventh Avenue
> Anchorage, Alaska 99501
> Phone: (907) 276-1550
> Fax: (907) 276-3680
> E-mail: mgarner@bhb.com
> Alaska Bar No. 9011096

Respectfully submitted this 13th day of December, 2007.

> By: s/ Verne E. Rupright (consent given)
> 322 Main Street
> Wasilla, Alaska 99654
> Phone: (907) 373-3215
> Fax: (907) 373-3217
> E-mail: vbattrny@mtaonline.net
> Alaska Bar No. 9306013

Respectfully submitted this 13th day of December, 2007.

> JAMES N. REEVES
> Municipal Attorney
>
> By: s/ Joyce Weaver Johnson
> Municipal Attorney's Office
> P.O. Box 196650
> Anchorage, Alaska 99519-6650
> Phone: (907) 343-4545
> Fax: (907) 343-4550
> E-mail: uslit@muni.org
> Alaska Bar No. 9306029

The undersigned hereby certifies that on 12/13/07 a true and correct copy of the *Stipulation for Protective Order (Modified) for Deposition of Officer Steven Boltz & Proposed Order* was served on:

      Verne Rupright
      Max D. Garner

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office