MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

<u>    KRYSTAL WALLIS    </u>   vs.   <u>   JOSEF BOEHM, et al   </u>

BEFORE THE HONORABLE <u> RALPH R. BEISTLINE </u>   CASE NO. <u> 3:06-CV-00031-RRB </u>

DEPUTY CLERK/RECORDER: <u>     SUZANNETTE LUCERO / ALEXIS GUTIERREZ     </u>

APPEARANCES:   PLAINTIFF: <u>JOYCE WEAVER JOHNSON for Officer Boltz</u>
<u>in the State Civil Case                </u>

DEFENDANT: <u>MAX GARNER / TIMOTHY PETUMENOS /</u>
<u>PAMELA SULLIVAN for Defendant      </u>

PROCEEDINGS: STATUS CONFERENCE HELD 12/18/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:38 a.m. court convened.

Court and counsel heard re Government's Motion for Protective Order on Shortened Time that was filed in 3:04-cr-00003-01-JWS; Court indicated motion should have been filed in this case.

Court and counsel heard re status conference in State case before Judge Rindner.

Court and counsel heard re discovery disputes.

Deposition to proceed as scheduled.

At 9:09 a.m. court adjourned.

OFF RECORD NOTE: Government is instructed to file the Motion for Protective Order in this case. The clerk is directed to terminate the Motion for Protective Order filed in 3:04-cr-00003-01-JWS.

DATE: <u>    December 18, 2007    </u>   DEPUTY CLERK'S INITIALS: <u> SCL/AXG </u>

Revised 6/18/07