**FRANCIS ANTHONY GALLELA**
**2440 Tagalak Drive**
**Anchorage, Alaska 99504**
**(907) 333-6657**
**Fax (907) 333-0517**
**francis@francisgallela.com**

Law Office of Verne Rupright & Associates, LLC
Verne E. Rupright, Esq.
322 North Main Street
Wasilla, AK 99654

PRELIMINARY MEDICAL EXPENSES REPORT

Dear Mr. Rupright:                                30 November 2007

This report outlines my present value calculations of the potential medical expenses that may be incurred by Krystal Wallis.

**Medical Expenses**

| | | | |
|---|---|---|---|
| Psychological Counseling | $ Unk | $ 204,769 | $ 204,769 |
| Crises Psychological Treatment | $ Unk | $ 107,875 | $ 107,875 |
| Medications | $ Unk | $ 79,145 | $ 79,145 |
| Total - Medical Expenses | $ - | $ 391,789 | $ 391,789 |

   N.B. The expense categories and amounts outlined above are preliminary. Further research in this area is being conducted and the findings may be used to update this report as appropriate.

Mr. Aaron Kaplan, Ph D, has examined Krystal Wallis. In telephone and electronic interviews of Dr. Kaplan, he provided some preliminary indications of treatments that Krystal may require in the future and the related costs.

Dr Kaplan is preparing his written report. When the report is received, the computations in this report may be revised as necessary and a supplemental report may be issued if appropriate.

## Medical Expenses / Psychological Counseling

Ms. Wallis will require medications and psychological counseling and residential/specialized treatment/hospitalization. These costs are in addition to all losses presented in my economic loss report written concerning Ms. Wallis.

Ms. Wallis has incurred substantial psychological counseling expenses to date and will incur expenses in the future, due to her injuries. Past expenses are not presented at this time. Dr. Kaplan has provided the following preliminary future medical expense information.

## Psychological Counseling Sessions – Routine

According to Dr. Kaplan, Krystal will require one counseling session per week for the next twenty years. Then, perhaps, she will need two sessions per month for the rest of her life. The counseling sessions cost $125 per hour.

## Psychological Counseling Sessions – Crises

According to Dr. Kaplan, Krystal may well require residential/specialized treatment/hospitalization to deal with her abuse and her drug addiction. These crises intervention periods will cost approximately $20,000 per year and Krystal may well require this specialized treatment quinquennially or once every five years for the next twenty-five years starting after trial.

## Medications

According to Dr. Kaplan, Krystal may well require medications for psychiatric reasons. The medications could cost in the area of $200 per month or $2,400 per annum. Krystal may require the medications until approximately her 60th birthday.

The future cost of medications, psychological counseling and crises treatment programs have been calculated based upon the programmed number of sessions per year times the cost of a session.

Future losses, those from date of trial to statistical end of life, are reduced to present value to date of trial and are presented in the tables on page 1 of this report.

## Present Value Calculations

The calculations utilize the average interest rates of U.S. Treasury securities for 10-year maturities from 1960 through 2006 to calculate an average interest rate of 6.96 percent as published in <u>The Economic Report of The President</u>, February 2007.  Medical expenses are discounted using the NDR of .86 percent, the difference between the interest rate and the medical segment of the Consumer Price Index (CPI).

All future losses are reduced to present value to date of trial.

The estimated trial date utilized is 1 April 2008.

## Other Losses

The losses outlined in this letter do not include any calculations for non-economic losses.


Sincerely,

*[signature]*

Francis Anthony Gallela