**Aaron Kaplan, Ph.D.**
444 Hobron Lane, Suite 315
Honolulu, HI 96815
808-947-2205

## PSYCHOLOGICAL EVALUATION
## CONFIDENTIAL

**PATIENT NAME:**         Krystal L. Wallis
**DATE OF BIRTH:**         11/11/1986    (21 years old)
**DATE OF EVALUATION:**    09/21/07; 10/3/07
**DATE OF REPORT:**        12/07/07

## REFERRAL QUESTION

Krystal is a 21-year-old Caucasian female referred by her attorney in Alaska, Verne Rupright, for psychotherapy to cope with traumatic experiences Krystal experienced while she was involved with a "sex and drugs" ring several years ago. Mr. Rupright also requested a psychological evaluation to assess Krystal's current psychological functioning and to make treatment recommendations. Krystal is currently involved in litigation against an older male in Alaska who allegedly gave drugs to Krystal and a group of under aged girls on an ongoing basis in exchange for performing sexual acts with various men.

It should be noted that Krystal's psychological evaluation and psychological services have been paid by her trust fund, and not by legal fees. Dr. Kaplan has not been retained as an expert witness by any party in Krystal's legal proceedings.

## PRESENTING SYMPTOMS

Krystal complains of being unable to manage her life. Her interpersonal life is chaotic, and she has unstable relationships with men and friendships with women. She often makes poor decisions about friends, leading to others taking advantage of her or influencing her in a negative way. She states she often feels lonely, so she seeks out friendships but admits she makes poor choices of friends. Because of her unstable relationships, she often experiences "crises" that lead Krystal to become upset and emotionally labile, eventually losing jobs and friends. Since Krystal has been coming for psychotherapy, she has lost two jobs that ended abruptly when she was fired because of inconsistent work attendance.

Krystal complains of mood swings. She often feels depressed and hopeless about the future. Other times she feels excited and hopeful, believing that the "past is behind her" and that she has great potential to make something of her life through work and education. Finally, is frequently irritable, often becoming angry and abrasive (e.g., she has left this office in anger on more than one occasion, only to return in a better mood for the next visit).

Krystal complains she has intrusive thoughts and unwanted memories when she is alone, related to her involvement in a "sex and drug ring" led by Mr. Boehm. She states she feels uncomfortable around older men, and she sometimes avoids conversations with others because she is afraid people may ask her about her past. Krystal states that she has experienced a loss of interest in enjoyable activities. She complains of concentration and sleep problems. Krystal reports feeling guilty and shameful about her involvement in activities with Mr. Boehm, as well as feelings of anger for being manipulated and coerced into the activities.

## RELEVANT DEVELOPMENTAL DATA

*Medical and Psychiatric History*

According to Krystal, prior to meeting with Dr. Kaplan this year, she has not previously received any psychiatric treatment, including counseling or psychotropic medications. She does not report any chronic medical conditions, though apparently she has been treated in the past for STD's and acute medical problems due to her lifestyle (e.g., she reports going through periods where she picked at her skin when she was heavily using drugs).

*Education and Employment History*

Krystal reports that in elementary school, she had many friends and did fairly well academically. After having legal problems, she lived with her grandmother and attended Junior High School in Michigan. She returned to Alaska for high school, but soon became involved in Mr. Boehm's sex and drugs ring, where she became heavily addicted to drugs. She essentially dropped out of high school, and later received her GED after getting away from the sex and drugs ring.

Krystal is currently enrolled at Heald College in Honolulu to become a medical assistant. While she reports she is getting good grades, her class attendance is poor, and she has been warned she may be terminated from the program if her attendance doesn't improve.

Krystal currently works at a restaurant, but reports she has missed work on several occasions and is danger of losing her job. She lost her previous job at a restaurant because of missing work.

*Family, Legal, and Substance Abuse History*

Krystal grew up in Wasilla, Alaska. She states she has been developing a better relationship with her older sister, Ashley, who is two years older than her. She reports her parents "constantly fight" and that she lived in a chaotic household when growing up. Her parents still live in Alaska, and she reports she has periods where she communicates with them, and times when they are not speaking due to arguments.

Krystal states she was punished often as a young child. She reports she was frequently yelled at for small things, like not doing chores. She began to wear 15-20 pairs of underwear in anticipation of spankings in order to reduce the pain. Krystal recalls running to her neighbor's house and locking the door so her parents couldn't get to her and punish her. She states that her home life was so unbearable that she would run away and stay at friends' houses.

On one occasion, Krystal was staying with a friend and the police came to take her back to her parents. She states an officer "slammed her head against the car hood." Krystal states that she "fought back" and was charged with assaulting a police officer, and ended up in a youth correctional facility for four months. After being released from the youth correctional facility, she continued into a rehab program called Booth.

After being released from Booth, she lived with her grandmother in Michigan and attended Junior High School. During this time she was mixing with a "better" group of peers, however, she reports she was still feeling badly about her life and tried hanging herself, only to slip and fall before losing consciousness. She reports after this incident she left Michigan and returned to Alaska.

Krystal returned to Alaska and attended 9th grade. She states most of the next two years were "blurry," for she began using crystal methamphetamine. She lived in an apartment owned by friends who were out of town for months at a time, and worked as a waitress. She was lured into a sex and drugs ring operated by Josef Boehm, a 61 yr old business owner, who owned a house where he allegedly brought under-aged girls and gave them amphetamines and crack cocaine in exchange for performing sexual behaviors. These were done by Mr. Boehm and his friends and associates who came to the house. In retrospect, Krytal believes Mr. Boehm used girls to lure other vulnerable girls into his sex and drugs ring. Furthermore, Krystal remembers being sent to other men's houses to have sex, which she states were arranged by Mr. Boehm in exchange for drugs he provided Krystal. Pt remembers she became so addicted to drugs in Mr. Boehm's house that she would "do anything" for drugs. She repots losing a significant amount of weight to the point where she weighed around 80 lbs. She became paranoid, and incessantly picked at her skin (two potential symptoms of amphetamine dependence). She recalls wearing a long sleeve shirt at her waitressing job because her boss thought she looked too sickly to show her skin.

One day, federal agents followed Krystal home from Mr. Boehm's house, and questioned her about her involvement in his affairs. Apparently, he had been under investigation for some time. Soon after, Mr. Boehm was arrested for his sex and drugs operation, and the girls involved entered into litigation against Mr. Boehm and his associates, who are now in prison. A trust fund for education and medical treatment was set up for the girls pending a settlement for damages.

Krystal moved to Hawaii with her boyfriend about a year ago to "get away from Alaska and start a new life." She is not involved in a significant relationship at this time, but has

had casual boyfriends.  She continues to report her life is chaotic and she has difficulty maintaining her job, friendships, and schooling.

## MENTAL STATUS EVALUATION

Krystal is a casually dressed, adequately groomed, skinny Caucasian female, with shoulder length brown hair, who appeared younger than her actual age of 20.  She appeared comfortable and relaxed during her first day of testing, which primarily involved neueropsychological tests.  On her first day of testing, her posture and gait were normal and eye contact was appropriate.  Her speech was normal in rate, tone, and volume.  Krystal stated her mood was "happy" and her affect was appropriate. She denied auditory or visual hallucinations or delusions thinking.

Krystal then missed several appointments for testing, reporting she either forgot or "didn't feel like coming in."  However, on the second occasion she came for testing, she abruptly ended the session after becoming upset with the interviewer around questions on the Clinician Administered PTSD Scale (CAPS).  She had positively endorsed most of the items on the CAPS until approximately midway through the interview, when she stated "I don't need to be here! I've already answered all these questions in Alaska" and stormed out of the office.  Interview questions on the CAPS include specific examples of traumatic experiences, and many people find the interview to be uncomfortable and distressing. Krystal was scheduled to return to Alaska the next following day to provide testimony in her legal case and may have already felt distressed about content pertaining to her traumatic experiences.

After returning from her trip to Alaska, she had three appointments scheduled to complete her testing and failed to show up for each appointment.  Because of her inconsistent and self-sabotaging behavior, her insight and judgment are believed to be poor.

## ASSESSMENT INSTRUMENTS

Initially, Krystal was scheduled to complete a comprehensive psychological test battery to assess areas of cognitive and psychological functioning.  However, Krystal missed several appointments and the following tests were the only ones she was able to complete:

Wisconsin Card Sort Test (WCST), Rey-Ostereith Complex Figure Test (RCFT), Groove Pegboard, California Verbal Learning Test (CVLT-II), Trails A & B, Controlled Oral Word Fluency Test (COWAT), Traumatic Life Events Questionnaire (TLEQ), Distressing Event Questionnaire (DEQ), Clinician-Administered PTSD Scale (CAPS).

**TEST RESULTS AND INTERPRETATIONS**

*Attention/Concentration and Memory*

Trails A is a timed test that assesses a person's ability to connect numbered dots in a sequential manner. Krystal completed the task in 40 seconds placing her in the below-average range.

The CVLT-II is test of immediate and delayed verbal recall. Her Total Score over the first five free recall trials placed her in the above average-range for immediate verbal recall. Her performance on the Delayed Recall portion of the test placed her within the average range.

The Rey-Ostereith Complex Figure is a test of immediate and delayed visual memory. Krystal's scores on the immediate and delayed recall portions of the test both fell within normal limits range.

*Executive Functioning*

On Trails B, a test of visual-motor processing and mental flexibility, her performance was fell within the average range. She was able to shift her attention between two sets of information (letters and numbers) efficiently.

The WCST is measures an individual's ability to shift sets between different learning principles. Krystal's performance on this test fell within normal limits.

On a test of verbal fluency, Krystal's ability to generate words fell within the average range.

*Psychomotor Speed and Agility*

The Grooved Pegboard is used to assess an individual's fine motor speed and dexterity. Krystal's score fell within normal limits with her dominant (right) hand. However, her score with her non-dominate (left) hand fell within the below-average range.

*Trauma*

On a self-report measure of trauma history, Krystal endorsed the following types of experiences as caused her intense fear, helplessness, or horror: (a) natural disaster, (b) motor vehicle accident, (c) unexpected death of a close friend or love one, (d) being sexually touched or fondled before the age of 13 by an individual who is at least five years older, (e) being sexually touched or fondled between the ages of 13 and 18 against her consent or will, and (f) being stalked by someone which caused her to feel concerned about her safety.

The DEQ is a self-report measure examining severity of PTSD symptoms.  Her score of 67 indicates that Krystal is reporting significantly elevated PTSD symptomatalogy.  She reports experiencing the following symptoms to a Severe or Extreme degree: (a) unwanted thoughts or mental pictures of events, (b) flashbacks, or feeling like the events were happening again, (c) feeling distressed or emotionally upset when reminded of events, (d) experiencing physical reactions when reminded of events, (e) makes efforts to avoid thoughts, feelings or conversations about events, (f) makes efforts to avoid activities, people, or places that remind her of events, (g) loss of interest in activities that had been important, (h) feeling detached or cut off from others, (i) feeling emotionally numb, (j) thinking her future will be cut short in some way, (k) and feelings of guilt, anger, grief, and  sorrow related to events.

The CAPS is considered the gold standard for assessing PTSD symptomatology.  It is a clinician-administered interview for PTSD symptoms measuring the frequency and intensity of individual symptoms.  Krystal was interviewed with the CAPS using her sexual experiences with Mr. Boehm's sex and drugs ring as anchoring traumatic events.  She reports her sexual experiences during that time caused intense fear and helplessness.  Unfortunately, Krystal was not able to complete the CAPS, as she became tearful about half-way through the interview and left the office in an agitated state.

Krystal reports that when she was in ninth grade, she was lured into a sex and drug ring operated by a 61 year old business owner name Josef Boehm.  Krystal states that Mr. Boehm had a group of around 12 teenage girls who came to his house regularly and received free crack cocaine and crystal methamphetamine, and in return the girls were asked to engage in variety of sexual behaviors with numerous different men.  She states that that Mr. Boehm used girls who were already involved to lure additional girls into the sex and drugs activities.  According to Krystal, the girls brought friends to Mr. Boehm's house who they knew may be vulnerable because of having troubled childhoods.

Krystal reports that she was asked to go to other men's homes to engage in sexual activities in order to receive drugs.  She states she became so addicted to substances she was willing to perform whatever behaviors were asked of her.

Krystal was able to complete the first section of the CAPS which assesses Criterion B, or symptoms pertaining to involuntarily re-experiencing her traumatic events. For example, she reported she regularly had unwanted memories of the events over the past month, such as visualizing her friends performing sexual acts and wanting to help them but being unable to do so.  She also reported becoming upset daily when she was exposed to things that reminded her of traumatic events.  For an example, Krystal disclosed that when she is around older men she becomes very uncomfortable and experiences considerable distress.  She did not report experiencing nightmares, and had difficulty distinguishing between a flashback and an unwanted memory.  Krystal discontinued the interview as she was asked about symptoms of avoidance (Criterion C).  She endorsed items pertaining to avoiding situations and feelings associated with traumatic events, but also became annoyed when she was questioned about distinctions between avoiding "feelings and thoughts" and "events and situations."  She stated that she "already answered these

questions" when giving testimony in Alaska in the past, and appeared to view the questioning process as if she were being cross-examined by an attorney rather than a health professional. At this point, she left the office, which ironically may be seen as a form of avoidance in completing an interview about her traumatic experiences that was clearly distressing to her.

**FORMULATION**

Krystal is a 21-year-old Caucasian female referred by her attorney in Alaska, Verne Rupright, for psychotherapy to cope with traumatic experiences Krystal experienced while she was involved with a "sex and drugs" ring several years ago. While a comprehensive psychological evaluation was not completed because Krystal missed several appointments, provisional diagnoses are made based on tests that were administered. Krystal meets diagnostic criteria for PTSD, Amphetamine Dependence, and Cluster B Personality Traits.

Krystal meets criteria for PTSD because she reports symptoms of adequate frequency and severity within the past month to warrant this diagnosis. Her score on the DEQ is consistent with someone suffering from severe PTSD. She was endorsing symptoms on the CAPS consistent with severe PTSD until she discontinued the interview due to distress. She repots symptoms satisfying Criterion B, including distressing unwanted recollections of traumatic events without reminders of them; distressing recollections of events caused by triggers; and physiological reactions to triggers of events (e.g., becoming tense, "clammy," and feeling "gross" inside). She reports symptoms satisfying Criterion C, including avoiding thoughts, memories, and situations that remind her of traumatic events; feeling hopeless about her future; feeling emotionally "numb." She reports symptoms satisfying Criterion D, including hypervigelace, irritability, and decreased concentration. In addition, she reports feelings of guilt, shame, anger, and grief about her traumatic experiences.

Krystal experienced traumatic events that caused her intense fear, helplessness, or horror prior to her involvement with Mr. Boehm's sex and drugs ring, and it is possible that she may have met criteria for PTSD based on these traumatic experiences even if she had never met Mr. Boehm. However, PTSD severity tends to be a cumulative effect of trauma history. Because Krystal experiences unwanted and distressing memories of her experiences with Mr. Boehm, it is clear these experiences have contributed to her PTSD. Furthermore, given the duration of her involvement with Mr. Boehm (i.e., ongoing and repeated sexual exploitation) and the extreme nature of her sexual behavior (e.g., required to have sex with multiple partners and foreign objects, under degrading circumstances) the degree to which these experiences contributed to her PTSD would be considerable.

Krystal meets criteria for Amphetamine Dependence due her chronic use of crystal methamphetamine. According to Krystal, the drug use has been so severe in the past that she has become highly paranoid, anorexic, and has picked at her skin to the point of open wounds.

Krystal was administered a battery of neuropsychological tests to assess cognitive functioning, which often becomes impaired after chronic amphetamine dependence. While she did not complete the full battery, she did not demonstrate any evidence of cognitive impairment on any tests that were administered. She appears to be functioning within normal limits on tests in the domains of executive functioning, immediate and delayed visual and verbal memory, attention/concentration, and psychomotor speed and agility.

Krystal's inconsistent childhood upbringing may have impacted her ability to form stable and nurturing relationships and attachments. She has developed an inconsistent and wavering sense of personal identity, with poor self-esteem and difficulty knowing how she fits in the world. People with this type of personality style have difficulty engaging and maintaining personal relationships, as they do not have a solid foundation for which to develop healthy models of interpersonal behavior. Consequently, they are often vulnerable to coercion and manipulation by others, confusing materialistic attention (e.g., giving them money or drugs) with genuine concern for their well-being.

## **DIAGNOSITIC IMPRESSION**

| | |
|---|---|
| Axis I: | Posttraumatic Stress Disorder, Chronic |
| | Amphetamine Dependence |
| Axis II: | Cluster B personality traits |
| Axis III: | Non-contributory |
| Axis IV: | distress related to: primary support group; social environment; occupational; interpersonal; financial; legal |
| | Problems related to interaction with the legal system |
| Axis V: | GAF current = XX |

## **RECOMMENDATIONS**

Krystal faces an upward battle to achieve mental and emotional well-being. Her life is chaotic. She has poor judgment, and makes poor choices for herself around her responsibilities (e.g., work and school) and her interpersonal life (e.g., relationship with men, friendships with women and neighbors). Without intensive intervention, Krystal is likely to experience repeated drug relapses, and engage in destructive behavior that will prevent her from developing a normally functional lifestyle. The following recommendations may assist her in improving her life:

1. Individual therapy: (1) Learning to manage PTSD symptoms (e.g. intrusive thoughts, memories, and distressing feelings), (2) learning strategies for problem solving and coping with distressing events occurring in her life, (3) learning to set appropriate boundaries with men and become aware of "red flags" in relationships, (4) learning to choose positive and healthy friendships and avoid people who will "bring her down," (5) resolve feelings of guilt and shame around her involvement in the sex and drugs ring, (6) develop healthier self-esteem and greater expectations of herself in life.

2. Substance Abuse Treatment: Krystal may benefit from intensive substance abuse treatment. At times when she is not heavily using substances, she would likely benefit from intensive outpatient treatment. It is likely she will experience relapses in the years to come, and she would likely benefit from residential treatment programs at these times. However, it should be noted that Krystal does not wish to engage in substance abuse treatment because of bad experiences with programs in the past. It is possible that as she matures, she will see that substance abuse treatment programs are meant for her own benefit, and not as a means of punishment for drug using behavior.

3. Case management and social services: Because of Krystal's chaotic lifestyle, and her difficulty managing responsibilities on her own, she would likely benefit from ongoing and intensive case management and social services to assist her with vocational and educational functioning. She should utilize any available programs through school to assist her with studying and keeping on track with her classes, and any community resources available to assist with general life management (e.g., a social worker or case manager she can depend on).

_____     _____
Aaron Kaplan, Ph.D.                                Andrew Koliani
Licensed Clinical Psychologist            Doctoral Student in Clinical Psychology
                                                              Argosy University/ Hawaii