Verne E. Rupright
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215 Phone
(907) 373-3217 Fax

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Krystal Wallis, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Josef F. Boehm, et al. | ) |
| Defendants. | ) Case No. A06-031 CV (RRB) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the a true and exact copy of plaintiff's Expert Reports were served via electronically on:

Pamela Sullivan
Wade, Kelley & Sullivan

Max D. Garner

Mary O. Pate
Eide, Miller & Pate P.C.

And via U.S. Mail, postage prepaid, on the following:

Leslie J. Williams, Jr.
FCI Victorville II
Adelanto, CA 92301

RUPRIGHT & ASSOCIATES, LLC
322 Main Street
Wasilla, Alaska 99687
Ph: (907) 373-3215 Fx: (907) 373-3217

Allen K. Bolling
Terra Haute, USP
4700 Bureau Road
Terra Haute, ID 47802

DATED this 23rd day of December 2007..

            ss  Verne E. Rupright
Verne E. Rupright
Ak. Bar. No. 9306013
Rupright & Associates, LLC
322 N. Main Street
Wasilla, AK 99654
907-373-3215
vbattrny@mtaonline.net