Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
(907) 276-1550

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOWLING,<br><br>Defendants. | Case No. 3:06-cv-00031-RRB |

## UNOPPOSED MOTION FOR SHORTENED TIME

Defendant, Josef F. Boehm, by and through undersigned counsel, hereby moves this Court to consider Defendant's UNOPPOSED MOTION FOR COURT ORDERED ASSISTANCE WITH UPCOMING MEDIATION, filed herewith, on shortened time. Defense counsel represents he has contacted opposing counsel and that both the Motion to Shorten Time and the underlying Motion are unopposed. It is necessary to hear the motion on shortened time because the mediation is scheduled for January 17 and 18, 2008, and the court's order is needed to support Defendant's request of the Department of Corrections, to make arrangement to provide facilities for the mediation as is further described in the underlying motion. Undersigned

counsel is attempting to provide the Department with as much notice as possible of the need to assist in providing necessary support for the mediation and this court's order is required as soon as possible to complete our request.

DATED this 2nd day of January, 2008.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Defendant

By:   /s/ Timothy J. Petumenos
Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550
Email: tpetumenos@bhb.com
mgarner@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of January, 2008, a true and correct copy of the foregoing was served electronically on the following:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Ms. Mary O. Pate
Eide, Miller & Pate, P.C.

BIRCH, HORTON, BITTNER AND CHEROT

By:   /s/ Diane E. Monti

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680