Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
(907) 276-1550

Attorneys for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSEF F. BOEHM, BAMBI )<br>TYREE, LESLIE J. WILLIAMS, )<br>JR., and ALLEN K. BOWLING, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:06-cv-00031-RRB |

## [PROPOSED] ORDER GRANTING DEFENDANT JOSEF BOEHM'S MOTION ON SHORTENED TIME

This matter, having come before the court upon Defendant Josef Boehm's Unopposed Motion on Shortened Time, and the court being fully advised,

IT IS ORDERED that Defendant's Unopposed Motion on Shortened Time to hear Defendants Unopposed Motion for Court Ordered Assistance With Upcoming Mediation is GRANTED.

DATED this _____ day of _____, 2008.

_____
The Honorable Ralph R. Beistline
Judge of the U.S. District Court

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2<u>nd</u> day of January, 2008, a true and correct copy of the foregoing was served electronically on the following:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Ms. Mary O. Pate
Eide, Miller & Pate, P.C.

BIRCH, HORTON, BITTNER AND CHEROT

By: /s/ Diane E. Monti

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

WALLIS v. BOEHM, et al.    CASE NO 3:06-00031 RRB
[PROPOSED] ORDER GRANTING BOEHM'S MOTION ON SHORTENEND TIME    PAGE 2 OF 2
{F:\506539\2\DEM1527.DOC}