Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
(907) 276-1550

Attorneys for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEF F. BOEHM, BAMBI ) <br> TYREE, LESLIE J. WILLIAMS, ) <br> JR., and ALLEN K. BOWLING, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:06-cv-00031-RRB |

**UNOPPOSED MOTION FOR COURT ORDERED ASSISTANCE WITH UPCOMING MEDIATION**

Defendant Josef Boehm requests this court's assistance in formally ordering that mediation occur in a written order so that logistics be made available from the Federal Department of Corrections to facilitate the court ordered mediation that is to take place on January 17 and 18, 2008. This motion is being brought at the request of staff at the institution where Defendant Boehm is being incarcerated. As is detailed in the supporting affidavit of counsel, proper mediation of this matter requires confidential access to Mr. Boehm with one of his attorneys present with the means to communicate orally and in writing with the mediator and other parties to the mediation. As is also detailed in the affidavit, staff at the institution has

communicated with undersigned counsel that the institution would request a court order indicating that the mediation has been ordered by the court in order for the FCI to make available, for the time required, the facilities and the means to communicate with Mr. Boehm. Undersigned counsel also represents that he has conferred with opposing counsel who do not oppose this motion and have agreed that the court order issue on shortened time so that arrangements for the mediation can be made in a timely way. Defendant Boehm intends to ask that, for the duration of the mediation, to be held during Alaska business hours on January 17 and 18, 2008, Mr. Boehm be given access to a confidential meeting room with one of his lawyers, that he have access to a fax for the communication of documents and a phone line for communication with the mediation proceedings to take place in Anchorage. In order for this request to be granted, the FCI needs to understand that this is a court ordered mediation that is required of the parties in connection with a legal proceeding.

This motion is being filed in both companion cases involving Mr. Boehm in federal and state court, before Judges Ridner and Beistline and the text of each proposed order is identical.

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

DATED this  2nd  day of January, 2008.

                        BIRCH, HORTON, BITTNER AND CHEROT
                        Attorneys for Defendant

By:   /s/ Timothy J. Petumenos
       Timothy J. Petumenos, ABA #7611147
       Max D. Garner, ABA #9011096
       1127 W. Seventh Avenue
       Anchorage, AK  99501
       (907) 276-1550
       Facsimile: (907) 276-3680
       mgarner@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of January, 2008, a true and correct copy of the foregoing was served electronically on the following:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Ms. Mary O. Pate
Eide, Miller & Pate, P.C.

BIRCH, HORTON, BITTNER AND CHEROT

By:   /s/ Diane E. Monti

WALLIS v. BOEHM, et al.                                   CASE NO. 3:06-cv-00031 RRB
UNOPPOSED MOTION FOR COURT ORDERED ASSITANCE WITH UPCOMING MEDIATION
{F:\506539\2\DEM1524.DOC}                                 PAGE 3 OF 3

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680