Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
(907) 276-1550

Attorneys for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOWLING, <br><br> Defendants. | Case No. 3:06-cv-00031-RRB |

### AFFIDAVIT OF TIMOTHY PETUMENOS

STATE OF ALASKA        )
                                          )ss:
THIRD JUDICIAL DISTRICT )

Timothy J. Petumenos, being first duly sworn, upon oath, deposes and states as follows:

1. Your affiant is counsel of record for Josef Boehm in the above titled matter as well as in the civil case pending sub nom E.A. v. Boehm, Case No. 3AN-05-11782 CI. The motion that this affidavit addresses is being filed in identical form in both cases, both of which involve some of the same underlying facts. The proposed form of order in both cases is identical in content.

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

2. A mediation has been orally ordered by Judge Rindner in the state cases and the parties have agreed that it is prudent and economical to attempt to mediate the controversies in the federal case described herein at the same time. As of this point in time, no written order has been issued directing the parties to undergo mediation in either case.

3. In preparation for this mediation, your affiant has met with his client and with staff at the Federal Correctional Institution wherein Mr. Boehm is incarcerated to inquire about facilities to conduct this mediation. Insofar as counsel for the plaintiffs and their clients are in Anchorage, and Mr. Boehm is unable to physically attend the mediation due to his incarceration, undersigned counsel requested that an attorney client conference room, a phone and a fax be made available for the dates of the mediation, to take place on January 17 and 18, 2008 and is to be conducted by a professional mediator, James Laflin, Esq. of Concilium Mediated Negotiations, 505 Montgomery Street, Suite 1100, San Francisco, CA. who has been retained by the parties

4. Your affiant was advised by staff at the FCI that a court order establishing that this is a mediation that the parties have been ordered to undergo is required.

5. Access to a confidential room to confer with Mr. Boehm, a phone line to have contact with counsel in Anchorage and the mediation proceedings and a fax line is essential to permit Mr. Boehm to meaningfully participate in the mediation and is necessary to insure that this mediation has the best potential for success.

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

6.    I have conferred with opposing counsel who have no opposition to the issuance of the court order requiring the parties to undergo mediation, which is requested by this motion.

7.    Issuance of this order is requested as soon as practicable so that undersigned counsel can supply it to the FCI where Mr. Boehm is incarcerated in time for the mediation to take place as scheduled.

_____
Timothy J. Petumenos

SUBSCRIBED AND SWORN to before me this 2ND day of January, 2008.



_____
Notary Public in and for Alaska
My Commission Expires: 5-1-2011

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of January, 2008, a true and correct copy of the foregoing was served electronically on the following:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Ms. Mary O. Pate
Eide, Miller & Pate, P.C.

BIRCH, HORTON, BITTNER AND CHEROT

By: ___/s/ Diane E. Monti_____

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680