Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
(907) 276-1550

Attorneys for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEF F. BOEHM, BAMBI ) <br> TYREE, LESLIE J. WILLIAMS, ) <br> JR., and ALLEN K. BOWLING, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:06-cv-00031-RRB |

### NOTICE OF FILING CORRECTED ORDER TO MOTION FOR COURT ORDERED ASSISTANCE WITH UPCOMING MEDIATION

COMES NOW Defendant Josef F. Boehm, Josef F. Boehm, by and through undersigned counsel, and respectfully files this Notice of Filing corrected Order to Motion for Court Ordered Assistance with Upcoming Mediation. The dates as set out in the order filed on January 2, 2008 should read January 17 and 18, 2008, not January 16 and 17, 2008. A corrected Order is submitted herewith.

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

DATED this 3rd day of January, 2008.

> BIRCH, HORTON, BITTNER AND CHEROT
> Attorneys for Defendant
>
> By: /s/ Max D. Garner
> Timothy J. Petumenos, ABA #7611147
> Max D. Garner, ABA #9011096
> 1127 W. Seventh Avenue
> Anchorage, AK 99501
> (907) 276-1550
> Facsimile: (907) 276-3680
> mgarner@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of January, 2008, a true and correct copy of the foregoing was served electronically on the following:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Ms. Mary O. Pate
Eide, Miller & Pate, P.C.

BIRCH, HORTON, BITTNER AND CHEROT

By: /s/ Diane E. Monti

WALLIS v. BOEHM, et al.
NOTICE OF FILING CORRECTED ORDER
{F:\506539\2\DEM1524.DOC}

CASE NO. 3:06-cv-00031 RRB

PAGE 2 OF 2