Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550

Attorneys for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSEF F. BOEHM, BAMBI )<br>TYREE, LESLIE J. WILLIAMS, )<br>JR., and ALLEN K. BOWLING, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:06-cv-00031-RRB |

## CORRECTED ORDER

IT IS HEREBY ORDERED that the parties to the above titled matter shall attend and undergo mediation before Mr. James Laflin, Esq. of Concilium Mediated Negotiations, on January 17 and 18, 2008, not January 16th and 17th as previously submitted on January 2, 2008.  The parties shall be available in person and with their counsel in Anchorage, Alaska except that Mr. Boehm and his counsel shall be available by phone.  The parties shall attend the mediation until such time as the mediation has been either successfully concluded or until such time as the mediator concludes that the mediation has failed, in whole or in part, or until the close of business, Alaska time on January 18, 2008.

DATED this _____ day of January 2008.

By: _____
United States District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of January, 2008, a true and correct copy of the foregoing was served electronically on the following:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Ms. Mary O. Pate
Eide, Miller & Pate, P.C.

BIRCH, HORTON, BITTNER AND CHEROT

By: ___/s/ Diane E. Monti_____

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

E.A., et al. v. BOEHM
ORDER REGARDING MEDIATION
{F:\506539\2\DEM1526.DOC}

CASE NO. 3:06-cv-00031-RRB
PAGE 2 OF 2