

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
RALPH R. BEISTLINE
FEDERAL BUILDING – U.S. COURTHOUSE
222 W. 7TH AVENUE, #49
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS

049J82021791

$00.41⁰
12/14/2007
Mailed From 99513
US POSTAGE

LESLIE WILLIAMS JR
14903-006
FCI
PO BOX 5700
ADELANTO CA 92301

NIXIE     923     DC     1     00     12/23/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 99513750449     *1072-05192-14-42