**UNITED STATES DISTRICT COURT**
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
JAN 04 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Leslie J. Williams, Jr
14903-006
FCI
POB 5700
Adelanto, CA 92301

NIXIE    923   DC 1    00   12/27/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 99513756499    *1989-00680-19-41*

92301$5700 B900
9951307564

**Minute Entries**
3:06-cv-00031-RRB Wallis v. Boehm et al



U.S. District Court

District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 12/19/2007 at 11:07 AM AST and filed on 12/18/2007
**Case Name:**         Wallis v. Boehm et al
**Case Number:**       3:06-cv-31
**Filer:**
**Document Number:** 55

**Docket Text:**
Minute Entry for proceedings held before Judge Ralph R. Beistline : Status Conference held on 12/18/2007. OFF RECORD NOTE: Government is instructed to file the Motion for Protective Order in this case. The clerk is directed to terminate the Motion for Protective Order filed in 3:04-cr-00003-01-JWS. (Court Recorder SCL.)Counsel for officer in the State Civil Case-Joyce Weaver Johnson; Defense Counsel-Timothy Petumenos, Max Garner and Pamela Sullivan; (SCL, COURT STAFF)


**3:06-cv-31 Notice has been electronically mailed to:**

Max D. Garner     mgarner@bhb.com, tmarshall@bhb.com

Joyce Weaver Johnson    uslit@muni.org

Mary L. Pate    mary.pate@egpalaska.com, debby.allen@egpalaska.com, donna.charter@egpalaska.com, iona.gold@egpalaska.com

Verne E. Rupright    vbattrny@mtaonline.net, qigniq@yahoo.com

Pamela S. Sullivan    sullivan@ak.net, krisq@gci.net

**3:06-cv-31 Notice has been delivered by other means to:**

Leslie J. Williams, Jr
14903-006
FCI
POB 5700
Adelanto, CA 92301

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

https://ecf.akd.circ9.dcn/cgi-bin/Dispatch.pl?165690429094581                    12/19/2007

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=12/19/2007] [FileNumber=266281-0
] [88105dcb38a54a298edb53540375f5fa641ddb77b8edd8e0590b8db6f8ccceb391f
03ad82cf714c8b2d3a2c879264731df5cbc72e8bbb11a70b32d5495f52ed7]]

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

KRYSTAL WALLIS   vs.   JOSEF BOEHM, et al

BEFORE THE HONORABLE  RALPH R. BEISTLINE   CASE NO. 3:06-CV-00031-RRB

DEPUTY CLERK/RECORDER:  SUZANNETTE LUCERO / ALEXIS GUTIERREZ

APPEARANCES:   PLAINTIFF: JOYCE WEAVER JOHNSON for Officer Boltz
in the State Civil Case

DEFENDANT: MAX GARNER / TIMOTHY PETUMENOS /
PAMELA SULLIVAN for Defendant

PROCEEDINGS: STATUS CONFERENCE HELD 12/18/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:38 a.m. court convened.

Court and counsel heard re Government's Motion for Protective Order on Shortened Time that was filed in 3:04-cr-00003-01-JWS; Court indicated motion should have been filed in this case.

Court and counsel heard re status conference in State case before Judge Rindner.

Court and counsel heard re discovery disputes.

Deposition to proceed as scheduled.

At 9:09 a.m. court adjourned.

OFF RECORD NOTE: Government is instructed to file the Motion for Protective Order in this case. The clerk is directed to terminate the Motion for Protective Order filed in 3:04-cr-00003-01-JWS.

DATE:   December 18, 2007   DEPUTY CLERK'S INITIALS: SCL/AXG

Revised 6/18/07