Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550

    Attorneys for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOWLING,<br><br>    Defendants. | Case No. 3:06-cv-00031-RRB |

### JOSEF BOEHM'S MOTION TO COMPEL TESTIMONY OF OFFICER STEVEN BOLTZ

COMES NOW Defendant/Third-Party Plaintiff, Josef F. Boehm, by and through undersigned counsel, and hereby moves the Court to compel the testimony of Officer Steven Boltz.  This motion is supported by the attached memorandum of law.

DATED this  8th  day of January, 2008.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Defendant

By:   /s/ Max D. Garner
Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550
Facsimile: (907) 276-3680
mgarner@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  8th  day of January, 2008, a true and correct copy of the foregoing was served electronically on the following:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Ms. Mary O. Pate
Eide, Miller & Pate, P.C.

with a copy via facsimile and/or U.S. Mail, postage prepaid, on the following:

Ms. Joyce Johnson Weaver
Assistant Municipal Attorney
Municipality of Anchorage
Post Office Box 196650
Anchorage, AK  99519-6650

Mr. Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Office of the U.S. Attorney
222 W. Seventh Avenue, #9, Room 253
Anchorage, AK  99513
FACSIMILE: (907) 271-2344

BIRCH, HORTON, BITTNER AND CHEROT

By:   /s/ Martha K. Marshall

E.A., ET AL. VS. BOEHM                                                                 CASE NO. 3AN-05-11782 CI
BOEHM'S MOTION TO COMPEL TESTIMONY OF OFFICER BOLTZ                PAGE 2 OF 2
F:\506539\2\TKM3565.DOC