Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550

    Attorneys for Josef F. Boehm

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS,            )<br>                            )<br>    Plaintiff,          )<br>                            )<br>vs.                         )<br>                            )<br>JOSEF F. BOEHM, BAMBI       )<br>TYREE, LESLIE J. WILLIAMS,  )<br>JR., and ALLEN K. BOWLING,  )<br>                            )<br>    Defendants.         )<br>_____)  | Case No. 3:06-cv-00031-RRB |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL TESTIMONY OF OFFICER STEVEN BOLTZ**

This Court, having considered Defendant's Motion to Compel the testimony of Officer Steven Boltz, and any papers filed in support or opposition thereto, hereby

GRANTS Defendant's motion.

E.A., ET AL. VS. BOEHM                                      CASE NO. 3AN-05-11782 CI
ORDER GRANTING MOTION TO COMPEL TESTIMONY OF OFFICER BOLTZ    PAGE 1 OF 2
F:\506539\2\TKM3567.DOC

IT IS HEREBY ORDERED that the deposition of Officer Steven Boltz shall resume at a date and time convenient for the parties and their counsel.

IT IS FURTHER ORDERED that Officer Boltz shall answer all questions put to him so long as the questions do not seek information as to events that occurred during any federal grand jury proceedings to which Officer Boltz was an observer or participant.

DATED this _____ day of January, 2008.

_____
Ralph R. Beistline
U.S. District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  8th  day of January, 2008, a true and correct copy of the foregoing was served electronically on the following:

| | |
|---|---|
| Mr. Verne E. Rupright<br>Law Offices of Rupright & Associates, LLC | Ms. Joyce Johnson Weaver<br>Assistant Municipal Attorney<br>Municipality of Anchorage |
| Ms. Pamela S. Sullivan<br>Wade, Kelley & Sullivan | Post Office Box 196650<br>Anchorage, AK  99519-6650 |
| Ms. Mary O. Pate<br>Eide, Miller & Pate, P.C. | Mr. Daniel R. Cooper, Jr.<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney |
| with a copy via facsimile and/or U.S. Mail, postage prepaid, on the following: | 222 W. Seventh Avenue, #9, Room 253<br>Anchorage, AK  99513<br>FACSIMILE: (907) 271-2344 |

BIRCH, HORTON, BITTNER AND CHEROT

By:  /s/ Martha K. Marshall

E.A., ET AL. VS. BOEHM                                           CASE NO. 3AN-05-11782 CI
ORDER GRANTING MOTION TO COMPEL TESTIMONY OF OFFICER BOLTZ    PAGE 2 OF 2
F:\506539\2\TKM3567.DOC