Verne E. Rupright
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215 Phone
(907) 373-3217 Fax

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Krystal Wallis,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>Josef F. Boehm, et al.<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A06-031 CV (RRB) |

### CERTIFICATE OF SERVICE

　　The undersigned certifies that on the 15 January 2008, a true and exact copy of plaintiff's Final Witness List was served via electronically on:

　　Pamela Sullivan
　　Wade, Kelley & Sullivan

　　Max D. Garner

　　Mary O. Pate
　　Eide, Miller & Pate P.C.

　　And via U.S. Mail, postage prepaid, on the following:

　　Leslie J. Williams, Jr.
　　FCI Victorville II
　　Adelanto, CA 92301

RUPRIGHT & ASSOCIATES, LLC
322 Main Street
Wasilla, Alaska 99687
Ph: (907) 373-3215 Fx: (907) 373-3217

Allen K. Bolling
Terra Haute, USP
4700 Bureau Road
Terra Haute, ID 47802

DATED this 15th day of January 2008.

       ss  Verne E. Rupright
Verne E. Rupright
Ak. Bar. No. 9306013
Rupright & Associates, LLC
322 N. Main Street
Wasilla, AK 99654
907-373-3215
vbattrny@mtaonline.net

RUPRIGHT & ASSOCIATES, LLC
322 Main Street
Wasilla, Alaska 99687
Ph: (907) 373-3215 Fx: (907) 373-3217