

**Other Orders/Judgments**
3:06-cv-00031-RRB Wallis v. Boehm et al

U.S. District Court

District of Alaska

**RECEIVED**
**FEB 0 4 2008**
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Notice of Electronic Filing**

The following transaction was entered on 1/18/2008 at 4:17 PM AST and filed on 1/18/2008
**Case Name:**       Wallis v. Boehm et al
**Case Number:**     3:06-cv-31
**Filer:**
**Document Number:** 74(No document attached)

**Docket Text:**
JDR ORDER, Conference set for 1/18/2008 at 04:30 PM in Anchorage Courtroom 6 before John D. Roberts for the purpose of recording settlement. Parties directed to call "Meet-Me-Bridge A" at 677-6246 for telephonic participation. (CLW, COURT STAFF)

**3:06-cv-31 Notice has been electronically mailed to:**

Max D. Garner    mgarner@bhb.com, tmarshall@bhb.com

Joyce Weaver Johnson     uslit@muni.org

Mary L. Pate    mary.pate@egpalaska.com, debby.allen@egpalaska.com, donna.charter@egpalaska.com, iona.gold@egpalaska.com

Timothy J. Petumenos    tpetumenos@bhb.com, dmonti@bhb.com

Verne E. Rupright    vbattrny@mtaonline.net, qigniq@yahoo.com

Pamela S. Sullivan    sullivan@ak.net, krisq@gci.net

**3:06-cv-31 Notice has been delivered by other means to:**

Leslie J. Williams, Jr
14903-006
FCI
POB 5700
Adelanto, CA 92301