Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550

    Attorneys for Josef F. Boehm

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
|                       Plaintiff, ) | |
| vs. ) | Case No. 3:06-cv-00031-RRB |
| JOSEF F. BOEHM, BAMBI ) TYREE, LESLIE J. WILLIAMS, ) JR., and ALLEN K. BOWLING, ) | |
|                       Defendants. ) _____) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through undersigned counsel of record, and pursuant to Federal R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of all claims brought or which could have been brought by Plaintiff, Krystal Wallis, against Defendant, Josef F. Boehm, in this matter, with each party to bear their own costs and attorneys' fees.

WALLIS VS. BOEHM, ET AL.                                            CASE NO. 3:06-CV-00031-RRB
STIPULATION FOR DISMISSAL WITH PREJUDICE                    PAGE 1 OF 2
F:\506539\2\AKB1335.DOC

VERNE RUPRIGHT & ASSOCIATES
Attorneys for Plaintiff, Krystal Wallis

DATED: 3-17-2008      By: _____
Verne E. Rupright, ABA #9306013
322 Main Street
Wasilla, AK  99654
(907) 373-3215
Facsimile: (907) 373-3217

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Defendant, Josef F. Boehm

DATED: 3/17/2008      By: _____
Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550
Facsimile: (907) 276-3680
mgarner@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of March, 2008, a true and correct copy of the foregoing was served electronically on the following:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Mr. Thomas Gringras
Eide, Miller & Pate, P.C.

BIRCH, HORTON, BITTNER AND CHEROT

By: Martha K. Marshall

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

WALLIS VS. BOEHM, ET AL.
STIPULATION FOR DISMISSAL WITH PREJUDICE
F:\506539\2\AKB1335.DOC

CASE NO. 3:06-CV-00031-RRB
PAGE 2 OF 2