Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
(907) 276-1550

    Attorneys for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS,                )<br>                                              )<br>        Plaintiff,           )<br>                                              )<br>   vs.                                 )<br>                                              )<br>JOSEF F. BOEHM, BAMBI   )<br>TYREE, LESLIE J. WILLIAMS, )<br>JR., and ALLEN K. BOWLING, )<br>                                              )<br>        Defendants.       )<br>_____) | Case No. 3:06-cv-00031-RRB |

**ORDER**

      IT IS HEREBY ORDERED that all of Plaintiff Krystal Wallis' claims brought or which could have been brought by Plaintiff in the above-entitled action, are hereby dismissed with prejudice against Defendant, Josef F. Boehm, with each party to bear its own costs and attorneys' fees.

WALLIS VS. BOEHM, ET AL.                                           CASE NO. 3:06-CV-00031-RRB
ORDER FOR DISMISSAL WITH PREJUDICE          PAGE 1 OF 2
F:\506539\2\AKB1336.DOC

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

DATED this _____ day of March, 2008.

_____
Ralph R. Beistline
U.S. District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  17th  day of March, 2008, a true and correct copy of the foregoing was served electronically on the following:

Mr. Verne E. Rupright
Law Offices of Rupright & Associates, LLC

Ms. Pamela S. Sullivan
Wade, Kelley & Sullivan

Mr. Thomas Gingras
Eide, Miller & Pate, P.C.

BIRCH, HORTON, BITTNER AND CHEROT

By:  /s/  Martha K. Marshall

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

WALLIS VS. BOEHM, ET AL.                                      CASE NO. 3:06-CV-00031-RRB
ORDER FOR DISMISSAL WITH PREJUDICE                            PAGE 2 OF 2
F:\506539\2\AKB1336.DOC