Verne E. Rupright
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215 Phone
(907) 373-3217 Fax

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Krystal Wallis,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Josef F. Boehm, et al.<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A06-031 CV (RRB) |

**MOTION FOR VOLUNTARY DISMISSAL**
**OF ALL REMAINING CLAIMS**

　　Plaintiff, by and through undersigned counsel, moves for an order dismissing all remaining claims against all remaining defendants. This motion is filed under Rule 41(a)(2) of the Federal Rules of Civil Procedure and is based on the following:

　　1. Defendant, Bambi Tyree was previously dismissed via stipulation.

　　2. Defendant, Josef Boehm, was dismiss via stipulation.

　　3. Plaintiff no longer wishes to pursue an action against Leslie J. Williams or Allen K. Bolling.

RUPRIGHT & ASSOCIATES, LLC
322 Main Street
Wasilla, Alaska 99687
Ph: (907) 373-3215  Fx: (907) 373-3217

4. Defendants Williams and Bolling were not represented by counsel and no counterclaim or cross claims were filed by either of these defendants. No prejudice will result from allowing voluntary dismissal of the remaining claims in this case.

DATED this 31st day of March 2008.

           _____ss Verne E. Rupright_____
           Verne E. Rupright
           Ak. Bar. No. 9306013
           Rupright & Associates, LLC
           322 N. Main Street
           Wasilla, AK 99654
           907-373-3215
           vbattrny@mtaonline.net

**ORDER**

The motion for voluntary dismissal is granted. All remaining claims in this case are hereby dismissed with prejudice.

ENTERED this ___ day of _____ 2008.

_____
Judge of the U.S. District Court