Verne E. Rupright
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215 Phone
(907) 373-3217 Fax

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Krystal Wallis, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Josef F. Boehm, et al. | ) |
| Defendants. | ) Case No. A06-031 CV (RRB) |

### CERTIFICATE OF SERVICE

The undersigned certifies that on the a true and exact copy of plaintiff's motion to dismiss remaining claims was served via electronically on:

Pamela Sullivan
Wade, Kelley & Sullivan

Max D. Garner

Mary O. Pate
Eide, Miller & Pate P.C.

And via U.S. Mail, postage prepaid, on the following:

Leslie J. Williams, Jr.
Register No. 14903-006
FCI YAZOO CITY MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5888
YAZOO CITY, MS  39194

RUPRIGHT & ASSOCIATES, LLC
322 Main Street
Wasilla, Alaska 99687
Ph: (907) 373-3215  Fx: (907) 373-3217

Allen K. Bolling
Terra Haute, USP
4700 Bureau Road
Terra Haute, ID 47802

DATED this 31st day of March 2008.

                ss  Verne E. Rupright
Verne E. Rupright
Ak. Bar. No. 9306013
Rupright & Associates, LLC
322 N. Main Street
Wasilla, AK 99654
907-373-3215
vbattrny@mtaonline.net

RUPRIGHT & ASSOCIATES, LLC
322 Main Street
Wasilla, Alaska 99687
Ph: (907) 373-3215 Fx: (907) 373-3217